# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SAS INSTITUTE INC.,

      Plaintiff,

v.

WORLD PROGRAMMING LIMITED *et al.*,

      Defendant.

Case 2:18-cv-00295-JRG

## PLAINTIFF SAS INSTITUTE INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff SAS Institute Inc. ("SAS") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Joint Stipulation and Order of Dismissal (Dkt. No. 474), which constitutes the final judgment in this case and entered in this action on the 10th day of December, 2020, and from any and all orders, rulings, findings, and conclusions underlying and related to the judgment, including but not limited to the memorandum opinion and order dismissing SAS's copyright claims and excluding Dr. James Storer's testimony (Dkt. No. 465).

Dated: January 7, 2021

Respectfully submitted,

/s/ Pressly M. Millen
Pressly M. Millen
*Pro Hac Vice*
Raymond M. Bennett
*Pro Hac Vice*
Samuel B. Hartzell
*Pro Hac Vice*
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2135
press.millen@wbd-us.com
ray.bennett@wbd-us.com

Christian E. Mammen
*Pro Hac Vice*
Carrie Richey
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, California 94304
(408) 341-3067
chris.mammen@wbd-us.com
carrie.richey@wbd-us.com


Michael C. Smith
State Bar No. 18650410
SIEBMAN, FORREST, BURG & SMITH, LLP
113 East Austin Street
Marshall, Texas 75671
(903) 938-8900
michaelsmith@siebman.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel for Defendants via the Court's CM/ECF system on January 7, 2021.

/s/ Pressly M. Millen
Pressly M. Millen

APPEAL,JRG3,JURY,MARKMANREF,PATENT/TRADEMARK,STAYDDLS,STAYED

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00295-JRG
### Internal Use Only

| | |
|---|---|
| SAS Institute Inc. v. World Programming Limited et al | Date Filed: 07/18/2018 |
| Assigned to: District Judge Rodney Gilstrap | Jury Demand: Both |
| Cause: 15:1126 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Mediator**
**Mikael Wahlgren**                      represented by  **Mikael Wahlgren**
                                                         Independent Arbitrator & Mediator
                                                         Tellusgatan 18 - SE - 224 57
                                                         Lund - Sweden
                                                         Sweden
                                                         46 703 33 72 06
                                                         Email:
                                                         mikael.wahlgren@lintonwahlgren.se
                                                         *ATTORNEY TO BE NOTICED*

**Mediator**
**James E Gates**                        represented by  **James E Gates**
                                                         U.S. Magistrate Judge James E. Gates
                                                         United States District Court
                                                         Eastern District of North Carolina
                                                         310 New Bern Avenue
                                                         Raleigh, NC 27601
                                                         919-645-1793
                                                         Fax: 919-645-1750
                                                         Email:
                                                         bobbie_horton@nced.uscourts.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Technical Advisor**
**David Keyzer**
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
916-243-5259
*david@keyzerlaw.com*

**Plaintiff**
**SAS Institute Inc.**                   represented by  **Jason Woodard Cook**
                                                         McGuireWoods LLP - Dallas
                                                         2000 McKinney Avenue

Suite 1400
Dallas, TX 75201
214.932.6418
Fax: 214.273.7483
Email: jcook@mcguirewoods.com
*TERMINATED: 08/29/2019*
*LEAD ATTORNEY*

**Brad Richard Newberg**
McGuireWoods LLP - Tysons Corner
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102
703-712-5061
Fax: 703-712.5187
Email: bnewberg@mcguirewoods.com
*TERMINATED: 08/29/2019*

**Brian C Riopelle**
McGuire Woods LLP - Richmond
800 East Canal Street
Richmond, VA 23219
804/775-1084
Fax: 804/698-2150
Email: briopelle@mcguirewoods.com
*TERMINATED: 08/29/2019*

**Carrie J Richey**
Womble Bond Dickinson (US) LLP -
Palo Alto
1841 Page Mill Rd
Suite 200
Palo Alto, CA 94304
408-341-3060
Fax: 408-703-5407
Email: carrie.richey@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Christian E Mammen**
Womble Bond Dickinson - Palo Alto
1841 Page Mill Rd
Suite 200
Palo Alto, CA 94304
408-341-3067
Fax: 408-703-5407
Email: chris.mammen@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Hilda Contreras Galvan**
Jones Day - Dallas

2727 N Harwood St
Dallas, TX 75201
214/969-4556
Fax: 12149695100
Email: hcgalvan@jonesday.com
*TERMINATED: 01/15/2020*

**Keith Bryan Davis**
Jones Day - Dallas
2727 North Harwood Street
Dallas, TX 75201-1515
214/969-4528
Email: kbdavis@jonesday.com
*TERMINATED: 01/15/2020*

**Leozino Agozzino**
Jones Day Reavis & Pogue
901 Lakeside Ave
Cleveland, OH 44114
216/586-1236
Fax: 12165790212
Email: lagozzino@jonesday.com
*TERMINATED: 01/15/2020*

**Michael Charles Smith**
Siebman Burg Phillips & Smith, LLP-
Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com
*ATTORNEY TO BE NOTICED*

**Pressly M. Millen**
Womble Bond Dickinson (US) LLP -
North Carolina
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919.755.2135
Fax: 919.755.6067
Email: press.millen@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Raymond M. Bennett**
Womble Bond Dickinson (US) LLP -
DC
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036

919.755.2158
Fax: 919.755.6068
Email: ray.bennett@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
Womble Bond Dickinson (US) LLP -
North Carolina
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Fax: 919-755-6772
Email: Sam.Hartzell@wbd-us.com
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
McGuireWoods LLP - Dallas
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
214-932-6422
Fax: 214-932-6499
Email: shassett@mcguirewoods.com
*TERMINATED: 08/29/2019*

V.

**Defendant**

**World Programming Limited**          represented by  **Timothy S Durst**
Baker Botts - Dallas
2001 Ross Ave
600 Trammell Crow Center
Dallas, TX 75201-2980
214/953-6500
Fax: 12146614816
Email: tim.durst@bakerbotts.com
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*

**Andrea Leigh Fair**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: andrea@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Bailey Alexandra Blaies**
Caldwell Cassady & Curry, PC

2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214.888.4855
Fax: 214.888.4849
Email: bblaies@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Bradley Wayne Caldwell**
Caldwell Cassady & Curry, PC
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
(214) 888-4848
Fax: 214-888-4849
Email: bcaldwell@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Charles Everingham , IV**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: ce@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Christopher Ryan**
Baker & Botts L.L.P.
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
512/322-2586
Fax: 512-322-3686
Email: chris.ryan@bakerbotts.com
*TERMINATED: 06/12/2019*

**Claire Abernathy Henry**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Hamad M Hamad**
Caldwell Cassady & Curry, PC
2121 N. Pearl St.
Suite 1200

Dallas, TX 75201
214-888-4848
Fax: 214-888-4849
Email: hhamad@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: wh@wsfirm.com
*ATTORNEY TO BE NOTICED*

**John Austin Curry**
Caldwell Cassady & Curry, PC
2101 Cedar Springs Road
Suite 1000
Dallas, TX 75201
214-888-4848
Fax: 214-888-4849
Email: acurry@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**John Franklin Summers**
Caldwell Cassady & Curry, PC
2101 Cedar Springs Road
Suite 1000
Dallas, TX 75201
214-810-4705
Fax: 214-481-1757
Email: jsummers@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
Caldwell Cassady & Curry, PC
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214-888-4844
Fax: 214-888-4849
Email: sreich@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Susan Cannon Kennedy**
Baker Botts LLP - Dallas
2001 Ross Avenue
Dallas, TX 75201-2980
214-953-6747

Fax: 214-661-4747
Email: susan.cannon@bakerbotts.com
*TERMINATED: 06/05/2019*

**Syed Kamil Fareed**
Baker Botts LLP - Austin
98 San Jacinto Blvd
Suite 1500
Austin, TX 78701-4078
512-322-2658
Fax: 512-322-3658
Email: syed.fareed@bakerbotts.com
*TERMINATED: 06/05/2019*

**Thomas John Ward , Jr**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: jw@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Warren Joseph McCarty , III**
Caldwell Cassady & Curry, PC
2101 Cedar Springs Road
Suite 1000
Dallas, TX 75201
214-888-4848
Fax: 214-888-4849
Email: wmccarty@caldwellcc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MineQuest Business Analytics, LLC**          represented by **Timothy S Durst**
*TERMINATED: 11/27/2018*                                      (See above for address)
                                                             *TERMINATED: 11/27/2018*
                                                             *LEAD ATTORNEY*

                                                             **Christopher Ryan**
                                                             (See above for address)
                                                             *TERMINATED: 11/27/2018*

                                                             **Susan Cannon Kennedy**
                                                             (See above for address)
                                                             *TERMINATED: 11/27/2018*

                                                             **Syed Kamil Fareed**
                                                             (See above for address)
                                                             *TERMINATED: 11/27/2018*

**Defendant**

**MineQuest LLC**
*TERMINATED: 11/27/2018*

represented by **Timothy S Durst**
(See above for address)
*TERMINATED: 11/27/2018*
*LEAD ATTORNEY*

**Christopher Ryan**
(See above for address)
*TERMINATED: 11/27/2018*

**Susan Cannon Kennedy**
(See above for address)
*TERMINATED: 11/27/2018*

**Syed Kamil Fareed**
(See above for address)
*TERMINATED: 11/27/2018*

**Defendant**

**Angoss Software Corporation**
*TERMINATED: 11/20/2018*

represented by **Jennifer Parker Ainsworth**
Wilson Robertson & Cornelius PC
One American Center
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com
*TERMINATED: 11/20/2018*

**Defendant**

**Luminex Software, Inc.**
*TERMINATED: 08/24/2020*

represented by **Gillett Henry Welles**
Best Best & Krieger LLP
74760 HWY 111, STE 200
Indian Wells, CA 92210
760 568-2611
Fax: 760 340-6698
Email: henry.welles@bbklaw.com
*TERMINATED: 09/17/2018*
*LEAD ATTORNEY*

**Timothy S Durst**
(See above for address)
*TERMINATED: 06/14/2019*
*LEAD ATTORNEY*

**Bailey Alexandra Blaies**
(See above for address)
*TERMINATED: 08/24/2020*

**Bradley Wayne Caldwell**
(See above for address)
*TERMINATED: 08/24/2020*

**Christopher Ryan**
(See above for address)
*TERMINATED: 06/14/2019*

**Hamad M Hamad**
(See above for address)
*TERMINATED: 08/24/2020*

**John Austin Curry**
(See above for address)
*TERMINATED: 08/24/2020*

**John Franklin Summers**
(See above for address)
*TERMINATED: 08/24/2020*

**Susan Cannon Kennedy**
(See above for address)
*TERMINATED: 06/14/2019*

**Syed Kamil Fareed**
(See above for address)
*TERMINATED: 06/14/2019*

**Warren Joseph McCarty , III**
(See above for address)
*TERMINATED: 08/24/2020*

**Defendant**

**Yum! Brands, Inc.**                    represented by    **Hilary Preston**
*TERMINATED: 04/28/2020*                                  Vinson & Elkins LLP - NY
                                                          666 Fifth Ave
                                                          26th Floor
                                                          New York, NY 10103
                                                          212/237-0000
                                                          Fax: 212/237-0100
                                                          Email: hpreston@velaw.com
                                                          *TERMINATED: 04/28/2020*
                                                          *LEAD ATTORNEY*

                                                          **Timothy S Durst**
                                                          (See above for address)
                                                          *TERMINATED: 06/14/2019*
                                                          *LEAD ATTORNEY*

**Bailey Alexandra Blaies**
(See above for address)
*TERMINATED: 04/28/2020*
*ATTORNEY TO BE NOTICED*

**Bradley Wayne Caldwell**
(See above for address)
*TERMINATED: 04/28/2020*

**Christopher Ryan**
(See above for address)
*TERMINATED: 06/14/2019*

**Hamad M Hamad**
(See above for address)
*TERMINATED: 04/28/2020*

**Janice Le Ta**
Perkins Coie LLP - Austin
500 W. 2nd Street
Suite 1900
Austin, TX 78701
737-256-6125
Fax: 737-256-6300
Email: JTa@perkinscoie.com
*TERMINATED: 08/27/2019*

**John Austin Curry**
(See above for address)
*TERMINATED: 04/28/2020*

**John Franklin Summers**
(See above for address)
*TERMINATED: 04/28/2020*

**Melissa L James**
Vinson & Elkins LLP - Dallas
2001 Ross Ave
Suite 3900
Dallas, TX 75201-2975
214-220-7804
Fax: 214-999-7838
Email: mjames@velaw.com
*TERMINATED: 04/28/2020*

**Susan Cannon Kennedy**
(See above for address)
*TERMINATED: 06/01/2019*

**Syed Kamil Fareed**

(See above for address)
*TERMINATED: 06/14/2019*

**Warren Joseph McCarty , III**
(See above for address)
*TERMINATED: 04/28/2020*

**Defendant**

**Pizza Hut, Inc.**                    represented by   **Hilary Preston**
*TERMINATED: 04/28/2020*                                (See above for address)
                                                        *TERMINATED: 04/28/2020*
                                                        *LEAD ATTORNEY*

                                                        **Bailey Alexandra Blaies**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **Bradley Wayne Caldwell**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **Christopher Ryan**
                                                        (See above for address)
                                                        *TERMINATED: 06/14/2019*

                                                        **Hamad M Hamad**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **Janice Le Ta**
                                                        (See above for address)
                                                        *TERMINATED: 08/27/2019*

                                                        **John Austin Curry**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **John Franklin Summers**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **Melissa L James**
                                                        (See above for address)
                                                        *TERMINATED: 04/28/2020*

                                                        **Susan Cannon Kennedy**
                                                        (See above for address)
                                                        *TERMINATED: 06/14/2019*

                                                        **Syed Kamil Fareed**

(See above for address)
*TERMINATED: 06/14/2019*

**Timothy S Durst**
(See above for address)
*TERMINATED: 06/14/2019*

**Warren Joseph McCarty , III**
(See above for address)
*TERMINATED: 04/28/2020*

**Defendant**

**Shaw Industries Group, Inc.**                  represented by   **Thad C Kodish**
*TERMINATED: 04/28/2020*                                          Fish & Richardson PC - Atlanta
                                                                  1180 Peachtree Street NE
                                                                  21st Floor
                                                                  Atlanta, GA 30309
                                                                  404/724-2792
                                                                  Fax: 404-892-5002
                                                                  Email: tkodish@fr.com
                                                                  *TERMINATED: 04/28/2020*
                                                                  *LEAD ATTORNEY*

                                                                  **Timothy S Durst**
                                                                  (See above for address)
                                                                  *TERMINATED: 06/14/2019*
                                                                  *LEAD ATTORNEY*

                                                                  **Adam J Kessel**
                                                                  Fish & Richardson PC - Boston
                                                                  One Marina Park Drive
                                                                  Boston, MA 02210-1878
                                                                  617/542-5070
                                                                  Fax: 617/542-8906
                                                                  Email: kessel@fr.com
                                                                  *TERMINATED: 04/28/2020*

                                                                  **Andria R Crisler**
                                                                  Fish & Richardson P.C. - Dallas
                                                                  1717 Main Street, Suite 5000
                                                                  Dallas, TX 75201
                                                                  214-760-6138
                                                                  Fax: 214-747-2091
                                                                  Email: crisler@fr.com
                                                                  *TERMINATED: 04/28/2020*

                                                                  **Bailey Alexandra Blaies**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/28/2020*

**Bradley Wayne Caldwell**
(See above for address)
*TERMINATED: 04/28/2020*

**Hamad M Hamad**
(See above for address)
*TERMINATED: 04/28/2020*

**John Austin Curry**
(See above for address)
*TERMINATED: 04/28/2020*

**John Franklin Summers**
(See above for address)
*TERMINATED: 04/28/2020*

**Sara Christina Fish**
Fish & Richardson PC - Atlanta
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
404-724-2846
Fax: 404-892-5002
Email: sfish@fr.com
*TERMINATED: 04/28/2020*

**Warren Joseph McCarty , III**
(See above for address)
*TERMINATED: 04/28/2020*

**Defendant**

**Hitachi Vantara Corporation**
*TERMINATED: 09/18/2018*

represented by **Clayton C James**
Hogan Lovells US LLP - CO
1601 Wewatta Street
Suite 900
Denver, CO 80202
303-899-7300
Fax: 303-899-7333
Email: clay.james@hoganlovells.com
*TERMINATED: 09/18/2018*
*ATTORNEY TO BE NOTICED*

**Katherine Armstrong Nelson**
Hogan Lovells US LLP - CO
1601 Wewatta Street
Suite 900
Denver, CO 80202
303-899-7300
Fax: 303-899-7333
Email:

katherine.nelson@hoganlovells.com
*TERMINATED: 09/18/2018*
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: melissa@gillamsmithlaw.com
*TERMINATED: 09/18/2018*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Oracle Corporation**                    represented by    **Dale M Cendali**
Kirkland & Ellis, LLP - NYC
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: dale.cendali@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Rotman**
Yetter Coleman, LLP - Houston
909 Fannin, Suite 3600
Houston, TX 77010
713/632-8000
Fax: 7136328002
Email: anna.rotman@kirkland.com
*ATTORNEY TO BE NOTICED*

**Joshua L Simmons**
Kirkland & Ellis, LLP - NYC
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: joshua.simmons@kirkland.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**World Programming Limited**             represented by    **Timothy S Durst**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*

**Andrea Leigh Fair**

                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Bailey Alexandra Blaies**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Christopher Ryan**
                                                              (See above for address)
                                                              *TERMINATED: 06/12/2019*

                                                              **Claire Abernathy Henry**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jack Wesley Hill**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Susan Cannon Kennedy**
                                                              (See above for address)
                                                              *TERMINATED: 06/05/2019*

                                                              **Syed Kamil Fareed**
                                                              (See above for address)
                                                              *TERMINATED: 06/05/2019*

                                                              **Thomas John Ward , Jr**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**SAS Institute Inc.**                  represented by **Jason Woodard Cook**
                                                              (See above for address)
                                                              *TERMINATED: 08/29/2019*
                                                              *LEAD ATTORNEY*

                                                              **Brad Richard Newberg**
                                                              (See above for address)
                                                              *TERMINATED: 08/29/2019*

                                                              **Brian C Riopelle**
                                                              (See above for address)
                                                              *TERMINATED: 08/29/2019*

                                                              **Carrie J Richey**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Christian E Mammen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith Bryan Davis**
(See above for address)
*TERMINATED: 01/15/2020*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pressly M. Millen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond M. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*TERMINATED: 08/29/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2018 | 1 | COMPLAINT against Angoss Software Corporation, Hitachi Vantara Corporation, Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc. ( Filing fee $ 400 receipt number 0540-6859175.), filed by SAS Institute Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Cook, Jason) (Entered: 07/18/2018) |
| 07/18/2018 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Cook, Jason) (Entered: 07/18/2018) |
| 07/18/2018 | 3 | CORPORATE DISCLOSURE STATEMENT filed by SAS Institute Inc. (Cook, Jason) (Entered: 07/18/2018) |
| 07/18/2018 | | Case assigned to District Judge Rodney Gilstrap. (ch, ) (Entered: 07/18/2018) |
| 07/18/2018 | | In accordance with the provisions of 28 USC Section 636(c), you are |

| | | hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 07/18/2018) |
|---|---|---|
| 07/19/2018 | 4 | SUMMONS Issued as to Angoss Software Corporation, Hitachi Vantara Corporation, Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Summons(es), # 2 Summons(es), # 3 Summons (es), # 4 Summons(es), # 5 Summons(es), # 6 Summons(es), # 7 Summons(es), # 8 Summons(es))(ch, ) (Entered: 07/19/2018) |
| 08/13/2018 | 5 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Hitachi Vantara Corporation.( Smith, Melissa) (Entered: 08/13/2018) |
| 08/13/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Hitachi Vantara Corporation to 9/26/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/13/2018) |
| 08/13/2018 | 6 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Hitachi Vantara Corporation.( Smith, Melissa) (Entered: 08/13/2018) |
| 08/13/2018 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Hitachi Vantara Corporation to 10/11/2018. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 08/13/2018) |
| 08/14/2018 | 7 | SUMMONS Returned Executed by SAS Institute Inc.. Yum! Brands, Inc. served on 8/6/2018, answer due 8/27/2018. (Hassett, Shaun) (Entered: 08/14/2018) |
| 08/14/2018 | 8 | SUMMONS Returned Executed by SAS Institute Inc.. Pizza Hut, Inc. served on 8/6/2018, answer due 8/27/2018. (Hassett, Shaun) (Entered: 08/14/2018) |
| 08/14/2018 | 9 | SUMMONS Returned Executed by SAS Institute Inc.. Luminex Software, Inc. served on 8/7/2018, answer due 8/28/2018. (Hassett, Shaun) (Entered: 08/14/2018) |
| 08/14/2018 | 10 | SUMMONS Returned Executed by SAS Institute Inc.. Hitachi Vantara Corporation served on 8/6/2018, answer due 10/11/2018. (Hassett, Shaun) (Entered: 08/14/2018) |
| 08/14/2018 | 11 | NOTICE of Attorney Appearance by Shaun William Hassett on behalf of SAS Institute Inc. (Hassett, Shaun) (Entered: 08/14/2018) |
| 08/14/2018 | 12 | SUMMONS Returned Executed by SAS Institute Inc.. Angoss |

| | | Software Corporation served on 8/10/2018, answer due 8/31/2018. (Hassett, Shaun) (Entered: 08/14/2018) |
|---|---|---|
| 08/15/2018 | 13 | NOTICE of Attorney Appearance by Hilary Preston on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (Preston, Hilary) (Entered: 08/15/2018) |
| 08/15/2018 | 14 | NOTICE of Attorney Appearance by Janice Le Ta on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (Ta, Janice) (Entered: 08/15/2018) |
| 08/15/2018 | 15 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Pizza Hut, Inc..( Preston, Hilary) (Entered: 08/15/2018) |
| 08/15/2018 | 16 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Yum! Brands, Inc..( Preston, Hilary) (Entered: 08/15/2018) |
| 08/15/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Pizza Hut, Inc. to 9/26/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/15/2018) |
| 08/15/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Yum! Brands, Inc. to 9/26/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/15/2018) |
| 08/16/2018 | 17 | NOTICE of Attorney Appearance by Clayton C James on behalf of Hitachi Vantara Corporation (James, Clayton) (Entered: 08/16/2018) |
| 08/16/2018 | 18 | NOTICE of Attorney Appearance by Katherine Armstrong Nelson on behalf of Hitachi Vantara Corporation (Nelson, Katherine) (Entered: 08/16/2018) |
| 08/20/2018 | 19 | SUMMONS Returned Executed by SAS Institute Inc.. Shaw Industries Group, Inc. served on 8/6/2018, answer due 8/27/2018. (Hassett, Shaun) (Entered: 08/20/2018) |
| 08/20/2018 | 20 | SUMMONS Returned Executed by SAS Institute Inc.. World Programming Limited served on 8/10/2018, answer due 8/31/2018. (Hassett, Shaun) (Entered: 08/20/2018) |
| 08/21/2018 | 21 | NOTICE of Attorney Appearance - Pro Hac Vice by Gillett Henry Welles on behalf of Luminex Software, Inc.. Filing fee $ 100, receipt number 0540-6908841. (Welles, Gillett) (Entered: 08/21/2018) |
| 08/22/2018 | 22 | NOTICE of Attorney Appearance by Thad C Kodish on behalf of Shaw Industries Group, Inc. (Kodish, Thad) (Entered: 08/22/2018) |
| 08/22/2018 | 23 | NOTICE of Attorney Appearance by Andria R Crisler on behalf of Shaw Industries Group, Inc. (Crisler, Andria) (Entered: 08/22/2018) |
| 08/22/2018 | 24 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Shaw Industries Group, Inc..( Kodish, Thad) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2018) |
| 08/22/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Shaw Industries Group, Inc. to 9/26/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/22/2018) |
| 08/22/2018 | 25 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Luminex Software, Inc..( Welles, Gillett) (Entered: 08/22/2018) |
| 08/22/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Luminex Software, Inc. to 9/27/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/22/2018) |
| 08/29/2018 | 26 | WAIVER OF SERVICE Returned Executed by SAS Institute Inc.. World Programming Limited waiver sent on 7/24/2018, answer due 10/22/2018. (Hassett, Shaun) (Entered: 08/29/2018) |
| 08/29/2018 | 27 | NOTICE by SAS Institute Inc. re 26 Waiver of Service Executed *and Withdrawal of Proof of Service as to Defendant World Programming Limited* (Hassett, Shaun) (Entered: 08/29/2018) |
| 08/30/2018 | 28 | Unopposed First Application for Extension of Time to Answer Complaint filed on behalf of Defendant Angoss Software Corporation.(Hassett, Shaun) (Entered: 08/30/2018) |
| 08/30/2018 | 29 | Unopposed Second Application for Extension of Time to Answer Complaint filed on behalf of Defendant Angoss Software Corporation.(Hassett, Shaun) (Entered: 08/30/2018) |
| 08/30/2018 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Angoss Software Corporation to 10/1/2018. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/30/2018) |
| 08/30/2018 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Angoss Software Corporation to 10/16/2018. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 08/30/2018) |
| 09/05/2018 | 30 | WAIVER OF SERVICE Returned Executed by SAS Institute Inc.. MineQuest Business Analytics, LLC waiver sent on 8/14/2018, answer due 10/15/2018. (Hassett, Shaun) (Entered: 09/05/2018) |
| 09/05/2018 | 31 | WAIVER OF SERVICE Returned Executed by SAS Institute Inc.. MineQuest LLC waiver sent on 8/14/2018, answer due 10/15/2018. (Hassett, Shaun) (Entered: 09/05/2018) |
| 09/14/2018 | 32 | Unopposed MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL by Luminex Software, Inc.. (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Luminex's Unopposed Motion for Withdrawal and |

| | | Substitution of Counsel)(Durst, Timothy) (Entered: 09/14/2018) |
|---|---|---|
| 09/17/2018 | 33 | ORDER granting 32 Motion for Withdrawal and Substitution of Counsel. Signed by District Judge Rodney Gilstrap on 9/17/2018. (nkl, ) (Entered: 09/17/2018) |
| 09/17/2018 | 34 | NOTICE of Voluntary Dismissal by SAS Institute Inc. (Attachments: # 1 Text of Proposed Order to Dismiss Hitachi Vantara Corporation)(Hassett, Shaun) (Entered: 09/17/2018) |
| 09/18/2018 | 35 | ORDER granting 34 Notice of Voluntary Dismissal without prejudice as to Hitachi Vantara Corporation. Signed by District Judge Rodney Gilstrap on 9/18/2018. (ch, ) (Entered: 09/18/2018) |
| 09/18/2018 | 36 | Unopposed MOTION for Extension of Time to File Answer *or Otherwise Respond to the Complaint* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Hassett, Shaun) (Entered: 09/18/2018) |
| 09/19/2018 | 37 | ORDER granting 36 Unopposed MOTION for Extension of Time to File Answer *or Otherwise Respond to the Complaint<. Angoss Software Corporation answer due 10/22/2018; Luminex Software, Inc. answer due 10/22/2018; MineQuest Business Analytics, LLC answer due 10/22/2018; MineQuest LLC answer due 10/22/2018; Pizza Hut, Inc. answer due 10/22/2018; Shaw Industries Group, Inc. answer due 10/22/2018; Yum! Brands, Inc. answer due 10/22/2018.. Signed by District Judge Rodney Gilstrap on 9/19/2018. (ch, ) (Entered: 09/19/2018)* |
| 10/12/2018 | 38 | NOTICE of Attorney Appearance by Timothy S Durst on behalf of Pizza Hut, Inc. (Durst, Timothy) (Entered: 10/12/2018) |
| 10/12/2018 | 39 | NOTICE of Attorney Appearance by Timothy S Durst on behalf of Yum! Brands, Inc. (Durst, Timothy) (Entered: 10/12/2018) |
| 10/20/2018 | 40 | NOTICE of Attorney Appearance by Jennifer Parker Ainsworth on behalf of Angoss Software Corporation (Ainsworth, Jennifer) (Entered: 10/20/2018) |
| 10/20/2018 | 41 | Joint MOTION to Stay *and Notice of Settlement* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 10/20/2018) |
| 10/22/2018 | 42 | ORDER granting 41 Joint MOTION to Stay and Notice of Settlement. Signed by District Judge Rodney Gilstrap on 10/22/2018. (ch, ) (Entered: 10/22/2018) |
| 10/22/2018 | 43 | NOTICE of Attorney Appearance by Melissa L James on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (James, Melissa) (Entered: 10/22/2018) |
| 10/22/2018 | 44 | NOTICE of Attorney Appearance by Sara Christina Fish on behalf of Shaw Industries Group, Inc. (Fish, Sara) (Entered: 10/22/2018) |

| 10/22/2018 | 45 | MOTION to Dismiss *FOR IMPROPER VENUE UNDER RULE 12 (b)(3) AND FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2)* by MineQuest Business Analytics, LLC, MineQuest LLC. (Attachments: # 1 Affidavit Declaration of Patrick Plassio, # 2 Exhibit Declaration of Phil Rack, # 3 Exhibit MineQuest Ohio Dissolution, # 4 Exhibit MineQuest Business Details, # 5 Text of Proposed Order Proposed Order)(Durst, Timothy) (Entered: 10/22/2018) |
|---|---|---|
| 10/22/2018 | 46 | MOTION to Dismiss *DEFENDANT WORLD PROGRAMMING LIMITED'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.'S COPYRIGHT INFRINGEMENT CLAIMS* by World Programming Limited. (Attachments: # 1 Appendix Declaration of Patrick Plassio, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Text of Proposed Order Proposed Order)(Durst, Timothy) (Entered: 10/22/2018) |
| 10/22/2018 | 47 | MOTION to Dismiss *DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, AND SHAW INDUSTRIES GROUP, INC.S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.S COPYRIGHT INFRINGEMENT CLAIMS* by Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Durst, Timothy) (Entered: 10/22/2018) |
| 10/25/2018 | 48 | MOTION TO SEVER AND STAY RESELLER AND CUSTOMER CLAIMS by Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Durst, Timothy) (Entered: 10/25/2018) |
| 10/29/2018 | 49 | NOTICE of Attorney Appearance by Susan Cannon Kennedy on behalf of Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc. (Kennedy, Susan) (Entered: 10/29/2018) |
| 10/29/2018 | 50 | NOTICE of Attorney Appearance by Syed Kamil Fareed on behalf of Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc. (Fareed, Syed) (Entered: 10/29/2018) |
| 10/29/2018 | 51 | NOTICE of Attorney Appearance by Christopher Ryan on behalf of Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc. (Ryan, Christopher) (Entered: 10/29/2018) |
| 11/01/2018 | 52 | CORPORATE DISCLOSURE STATEMENT filed by Pizza Hut, Inc. identifying Corporate Parent Yum! Brands, Inc. for Pizza Hut, |

| | | Inc.. (James, Melissa) (Entered: 11/01/2018) |
|---|---|---|
| 11/01/2018 | 53 | CORPORATE DISCLOSURE STATEMENT filed by Yum! Brands, Inc. (James, Melissa) (Entered: 11/01/2018) |
| 11/02/2018 | 54 | CORPORATE DISCLOSURE STATEMENT filed by Shaw Industries Group, Inc. (Kodish, Thad) (Entered: 11/02/2018) |
| 11/02/2018 | 55 | CORPORATE DISCLOSURE STATEMENT filed by MineQuest Business Analytics, LLC, MineQuest LLC (Durst, Timothy) (Entered: 11/02/2018) |
| 11/02/2018 | 56 | CORPORATE DISCLOSURE STATEMENT filed by World Programming Limited (Durst, Timothy) (Entered: 11/02/2018) |
| 11/06/2018 | 57 | RESPONSE in Opposition re 45 MOTION to Dismiss *FOR IMPROPER VENUE UNDER RULE 12(b)(3) AND FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2) filed by SAS Institute Inc.*. (Attachments: # 1 Appendix Declaration of Shaun Hassett, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Text of Proposed Order)(Hassett, Shaun) (Entered: 11/06/2018) |
| 11/06/2018 | 58 | RESPONSE in Opposition re 46 MOTION to Dismiss *DEFENDANT WORLD PROGRAMMING LIMITED'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.'S COPYRIGHT INFRINGEMENT CLAIMS*, 47 MOTION to Dismiss *DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, AND SHAW INDUSTRIES GROUP, INC.S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.S COPYRIGHT INFR filed by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Hassett, Shaun) (Entered: 11/06/2018)* |
| 11/06/2018 | 59 | RESPONSE in Opposition re 48 MOTION TO SEVER AND STAY RESELLER AND CUSTOMER CLAIMS *filed by SAS Institute Inc.*. (Attachments: # 1 Appendix Declaration of Jason Cook, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Text of Proposed Order)(Cook, Jason) (Entered: 11/06/2018) |
| 11/06/2018 | 60 | NOTICE of Readiness for Scheduling Conference by SAS Institute Inc. (Hassett, Shaun) (Entered: 11/06/2018) |
| 11/08/2018 | 61 | CORPORATE DISCLOSURE STATEMENT filed by Luminex Software, Inc. (Durst, Timothy) (Entered: 11/08/2018) |
| 11/13/2018 | 62 | REPLY to Response to Motion re 45 MOTION to Dismiss *FOR IMPROPER VENUE UNDER RULE 12(b)(3) AND FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2) filed by MineQuest Business Analytics, LLC, MineQuest LLC.* (Attachments: |

| | | |
|---|---|---|
| | | # 1 Affidavit Declaration of Patrick Plassio, # 2 Exhibit Exhibit 1) (Durst, Timothy) (Entered: 11/13/2018) |
| 11/13/2018 | 63 | REPLY to Response to Motion re 46 MOTION to Dismiss *DEFENDANT WORLD PROGRAMMING LIMITED'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.'S COPYRIGHT INFRINGEMENT CLAIMS filed by World Programming Limited.* (Attachments: # 1 Affidavit Declaration of Patrick Plassio, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2)(Durst, Timothy) (Entered: 11/13/2018) |
| 11/13/2018 | 64 | REPLY to Response to Motion re 47 MOTION to Dismiss *DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, AND SHAW INDUSTRIES GROUP, INC.S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.S COPYRIGHT INFR filed by Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., Yum! Brands, Inc.. (Durst, Timothy) (Entered: 11/13/2018)* |
| 11/13/2018 | 65 | REPLY to Response to Motion re 48 MOTION TO SEVER AND STAY RESELLER AND CUSTOMER CLAIMS *filed by Luminex Software, Inc., MineQuest Business Analytics, LLC, MineQuest LLC, Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Durst, Timothy) (Entered: 11/13/2018)* |
| 11/19/2018 | 66 | NOTICE of Voluntary Dismissal by SAS Institute Inc. (Attachments: # 1 Text of Proposed Order Dismissing Defendant Angoss Software Corporation)(Hassett, Shaun) (Entered: 11/19/2018) |
| 11/20/2018 | 67 | SUR-REPLY to Reply to Response to Motion re 48 MOTION TO SEVER AND STAY RESELLER AND CUSTOMER CLAIMS *filed by SAS Institute Inc..* (Attachments: # 1 Exhibit Declaration of Jason W. Cook, # 2 Exhibit A)(Cook, Jason) (Entered: 11/20/2018) |
| 11/20/2018 | 68 | SUR-REPLY to Reply to Response to Motion re 46 MOTION to Dismiss *DEFENDANT WORLD PROGRAMMING LIMITED'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.'S COPYRIGHT INFRINGEMENT CLAIMS*, 47 MOTION to Dismiss *DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, AND SHAW INDUSTRIES GROUP, INC.S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.S COPYRIGHT INFR filed by SAS Institute Inc..* (Attachments: # 1 Exhibit Declaration of Shaun Hassett, # 2 Exhibit A)(Hassett, Shaun) (Entered: 11/20/2018) |
| 11/20/2018 | 69 | ORDER granting 66 Notice of Voluntary Dismissal with prejudice as to Angoss Software Corporation. Signed by District Judge Rodney Gilstrap on 11/20/2018. (ch, ) (Entered: 11/21/2018) |
| | | |

| 11/26/2018 | 70 | NOTICE of Voluntary Dismissal by SAS Institute Inc. (Attachments: # 1 Text of Proposed Order Dismissing MineQuest Business Analytics, LLC and MineQuest, LLC)(Cook, Jason) (Entered: 11/26/2018) |
|---|---|---|
| 11/27/2018 | 71 | ORDER granting 70 Notice of Voluntary Dismissal without prejudice as to MineQuest Business Analytics, LLC and MineQuest LLC. Signed by District Judge Rodney Gilstrap on 11/27/2018. (ch, ) (Entered: 11/27/2018) |
| 11/27/2018 | 🔒 | (Court only) ***Motions terminated: 45 MOTION to Dismiss *FOR IMPROPER VENUE UNDER RULE 12(b)(3) AND FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2)* filed by MineQuest LLC, MineQuest Business Analytics, LLC. (ch, ) (Entered: 11/27/2018) |
| 02/25/2019 | 72 | ORDER - Scheduling Conference set for 3/18/2019 02:30 PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 2/25/2019. (ch, ) (Entered: 02/26/2019) |
| 02/28/2019 | 73 | Joint MOTION for Extension of Time to Complete Discovery *of P.R. 3-1, 3-2, 3-3, and 3-4 Disclosures* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 02/28/2019) |
| 03/07/2019 | 74 | ORDER granting 73 Motion for Extension of Time to Complete Discovery. Signed by District Judge Rodney Gilstrap on 3/6/2019. (ch, ) (Entered: 03/07/2019) |
| 03/14/2019 | 75 | NOTICE of Attorney Appearance by Michael Charles Smith on behalf of SAS Institute Inc. (Smith, Michael) (Entered: 03/14/2019) |
| 03/18/2019 | | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 3/18/2019. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR-TCRR.)(jml) (Entered: 03/19/2019) |
| 03/21/2019 | 76 | NOTICE of Designation of Mediator, Magistrate Judge James E. Gates and Mikael Wahlgren, filed by SAS Institute Inc.. *World Programming Limited, Luminex Software, Inc., Yum! Brands, Inc., Pizza Hut, Inc. and Shaw Industries Group, Inc.* (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1)(Cook, Jason) (Entered: 03/21/2019) |
| 03/21/2019 | 77 | NOTICE by SAS Institute Inc. *of Supplemental Authority* (Attachments: # 1 Exhibit)(Smith, Michael) (Entered: 03/21/2019) |
| 03/25/2019 | 78 | ORDER REFERRING CASE to Mediator. Magistrate Judge James E. Gates and special master Mikael Wahlgren are appointed as |

| | | |
|---|---|---|
| | | mediators Signed by District Judge Rodney Gilstrap on 03/25/2019. (klc, ) (Entered: 03/29/2019) |
| 04/01/2019 | 79 | Joint MOTION for Entry of Agreed Discovery Order by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 04/01/2019) |
| 04/01/2019 | 80 | Joint MOTION for Entry of Agreed Docket Control Order by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 04/01/2019) |
| 04/02/2019 | 81 | DISCOVERY ORDER granting 79 Joint MOTION for Entry of Agreed Discovery Order. Signed by District Judge Rodney Gilstrap on 4/2/2019. (ch, ) (Entered: 04/03/2019) |
| 04/02/2019 | 82 | DOCKET CONTROL ORDER granting 80 Joint MOTION for Entry of Agreed Docket Control Order. Pretrial Conference set for 3/30/2020 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 8/13/2019., Jury Selection set for 5/4/2020 09:00AM before District Judge Rodney Gilstrap., Mediation Completion due by 11/26/2019., Markman Hearing set for 10/29/2019 01:30 PM before District Judge Rodney Gilstrap., Motions due by 3/9/2020., Proposed Pretrial Order due by 3/23/2020. Signed by District Judge Rodney Gilstrap on 4/2/2019. (ch, ) (Entered: 04/03/2019) |
| 04/04/2019 | 83 | NOTICE by SAS Institute Inc *SECOND NOTICE OF SUPPLEMENTAL AUTHORITY* (Attachments: # 1 Exhibit A)(Smith, Michael) (Entered: 04/04/2019) |
| 04/04/2019 | 84 | ORDER denying 46 WPLs Motion to Dismiss Plaintiff SAS Institute Inc.s Copyright Infringement Claims denying 47 Defendants Rule 12 (b)(6) Motion to Dismiss Plaintiff SAS Institute Inc.s Copyright Infringement Claims. Signed by District Judge Rodney Gilstrap on 4/4/2019. (ch, ) (Entered: 04/05/2019) |
| 04/04/2019 | 85 | ORDER denying 48 Motion to Sever and Stay Reseller and Customer Claims. Signed by District Judge Rodney Gilstrap on 4/4/2019. (ch, ) (Entered: 04/05/2019) |
| 04/07/2019 | 86 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 04/07/2019) |
| 04/08/2019 | 87 | REPORT of Mediation by James E Gates. Mediation result: impasse (Gates, James) (Entered: 04/08/2019) |
| 04/08/2019 | 88 | NOTICE by Luminex Software, Inc., Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc. *LOCAL RULE CV-26 NOTICE OF FILING OF DISCLOSURES* (Durst, Timothy) (Entered: 04/08/2019) |
| 04/09/2019 | 89 | ORDER granting 86 Motion for Extension of Time to File Proposed Protective Order. Signed by District Judge Rodney Gilstrap on |

| | | |
|---|---|---|
| | | 4/8/2019. (nkl, ) (Entered: 04/09/2019) |
| 04/15/2019 | 90 | Joint MOTION for Protective Order *and Request for Hearing* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 04/15/2019) |
| 04/16/2019 | 91 | Agreed MOTION for Extension of Time to File Answer *AGREED MOTION TO EXTEND DEFENDANTS ANSWER DEADLINE* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Durst, Timothy) (Entered: 04/16/2019) |
| 04/22/2019 | 92 | ORDER granting 91 Motion for Extension of Time to Answer. Signed by District Judge Rodney Gilstrap on 4/18/2019. (nkl, ) (Entered: 04/22/2019) |
| 04/29/2019 | 93 | ORDER granting 90 Motion for Protective Order Signed by District Judge Rodney Gilstrap on 04/29/2019. (klc, ) (Entered: 04/30/2019) |
| 05/02/2019 | 94 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of World Programming Limited (Ward, Thomas) (Entered: 05/02/2019) |
| 05/02/2019 | 95 | NOTICE of Attorney Appearance by Claire Abernathy Henry on behalf of World Programming Limited (Henry, Claire) (Entered: 05/02/2019) |
| 05/02/2019 | 96 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of World Programming Limited (Hill, Jack) (Entered: 05/02/2019) |
| 05/02/2019 | 97 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of World Programming Limited (Fair, Andrea) (Entered: 05/02/2019) |
| 05/02/2019 | 98 | ANSWER to 1 Complaint, *ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO PLAINTIFF'S COMPLAINT* by Shaw Industries Group, Inc..(Kodish, Thad) (Entered: 05/02/2019) |
| 05/02/2019 | 99 | *World Programming Limited's* ANSWER to 1 Complaint, , COUNTERCLAIM against SAS Institute Inc. by World Programming Limited.(Durst, Timothy) (Entered: 05/02/2019) |
| 05/02/2019 | 100 | *Luminex Software Inc.'s* ANSWER to 1 Complaint, by Luminex Software, Inc..(Durst, Timothy) (Entered: 05/02/2019) |
| 05/02/2019 | 101 | *YUM! Brands, Inc.'s* ANSWER to 1 Complaint, by Yum! Brands, Inc..(Durst, Timothy) (Entered: 05/02/2019) |
| 05/02/2019 | 102 | *Pizza Hut, Inc.'s* ANSWER to 1 Complaint, by Pizza Hut, Inc.. (Durst, Timothy) (Entered: 05/02/2019) |
| 05/15/2019 | 103 | NOTICE of Attorney Appearance by Bradley Wayne Caldwell on behalf of World Programming Limited (Caldwell, Bradley) (Entered: 05/15/2019) |
| | | |

| 05/15/2019 | 104 | NOTICE of Attorney Appearance by John Austin Curry on behalf of World Programming Limited (Curry, John) (Entered: 05/15/2019) |
|---|---|---|
| 05/15/2019 | 105 | NOTICE of Attorney Appearance by John Franklin Summers on behalf of World Programming Limited (Summers, John) (Entered: 05/15/2019) |
| 05/15/2019 | 106 | NOTICE of Attorney Appearance by Warren Joseph McCarty, III on behalf of World Programming Limited (McCarty, Warren) (Entered: 05/15/2019) |
| 05/20/2019 | 107 | NOTICE of Attorney Appearance - Pro Hac Vice by Adam J Kessel on behalf of Shaw Industries Group, Inc.. Filing fee $ 100, receipt number 0540-7275259. (Kessel, Adam) (Entered: 05/20/2019) |
| 05/24/2019 | 108 | NOTICE of Attorney Appearance - Pro Hac Vice by Brian C Riopelle on behalf of SAS Institute Inc.. Filing fee $ 100, receipt number 0540-7282334. (Riopelle, Brian) (Entered: 05/24/2019) |
| 05/24/2019 | 109 | *SAS Institute Inc.'s* ANSWER to 99 Answer to Complaint, Counterclaim *of World Programming Limited* by SAS Institute Inc.. (Cook, Jason) (Entered: 05/24/2019) |
| 06/03/2019 | 110 | NOTICE of Attorney Appearance by Brad Richard Newberg on behalf of SAS Institute Inc. (Newberg, Brad) (Entered: 06/03/2019) |
| 06/04/2019 | 111 | Unopposed MOTION to Withdraw ***DEFENDANT WORLD PROGRAMMING LIMITED'S UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION*** by World Programming Limited. (Attachments: # 1 Text of Proposed Order) (Durst, Timothy) (Entered: 06/04/2019) |
| 06/05/2019 | 112 | ORDER granting 111 Motion to Withdraw. Signed by District Judge Rodney Gilstrap on 6/5/2019. (nkl, ) (Entered: 06/05/2019) |
| 06/11/2019 | 113 | NOTICE of Attorney Appearance by Bradley Wayne Caldwell on behalf of Luminex Software, Inc. (Caldwell, Bradley) (Entered: 06/11/2019) |
| 06/11/2019 | 114 | NOTICE of Attorney Appearance by Bradley Wayne Caldwell on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (Caldwell, Bradley) (Entered: 06/11/2019) |
| 06/11/2019 | 115 | NOTICE of Attorney Appearance by John Austin Curry on behalf of Luminex Software, Inc. (Curry, John) (Entered: 06/11/2019) |
| 06/11/2019 | 116 | NOTICE of Attorney Appearance by John Austin Curry on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (Curry, John) (Entered: 06/11/2019) |
| 06/11/2019 | 117 | NOTICE of Attorney Appearance by John Franklin Summers on behalf of Luminex Software, Inc. (Summers, John) (Entered: 06/11/2019) |
| 06/11/2019 | 118 | NOTICE of Attorney Appearance by John Franklin Summers on |

| | | behalf of Pizza Hut, Inc., Yum! Brands, Inc. (Summers, John) (Entered: 06/11/2019) |
|---|---|---|
| 06/11/2019 | 119 | NOTICE of Attorney Appearance by Warren Joseph McCarty, III on behalf of Luminex Software, Inc. (McCarty, Warren) (Entered: 06/11/2019) |
| 06/11/2019 | 120 | NOTICE of Attorney Appearance by Warren Joseph McCarty, III on behalf of Pizza Hut, Inc., Yum! Brands, Inc. (McCarty, Warren) (Entered: 06/11/2019) |
| 06/12/2019 | 121 | Unopposed MOTION to Withdraw ***DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., AND PIZZA HUT, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION*** by Luminex Software, Inc., Pizza Hut, Inc., Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order) (Durst, Timothy) (Entered: 06/12/2019) |
| 06/13/2019 | 122 | ORDER granting 121 Motion to Withdraw Mr. Timothy S. Durst, Mr. Christopher Ryan, Ms.Susan Cannon Kennedy, and Mr. Syed Kamil Fareed. Signed by District Judge Rodney Gilstrap on 6/13/2019. (ch, ) (Entered: 06/14/2019) |
| 07/31/2019 | 123 | NOTICE of Attorney Appearance by Bradley Wayne Caldwell on behalf of Shaw Industries Group, Inc. (Caldwell, Bradley) (Entered: 07/31/2019) |
| 07/31/2019 | 124 | NOTICE of Attorney Appearance by John Austin Curry on behalf of Shaw Industries Group, Inc. (Curry, John) (Entered: 07/31/2019) |
| 07/31/2019 | 125 | NOTICE of Attorney Appearance by Warren Joseph McCarty, III on behalf of Shaw Industries Group, Inc. (McCarty, Warren) (Entered: 07/31/2019) |
| 07/31/2019 | 126 | NOTICE of Attorney Appearance by John Franklin Summers on behalf of Shaw Industries Group, Inc. (Summers, John) (Entered: 07/31/2019) |
| 08/02/2019 | 127 | Joint MOTION to Continue and to Amend the Docket Control Order and Agreed Motion for Leave to File Amended Complaint by SAS Institute Inc.. (Attachments: # 1 Exhibit 1 - Redline of Amended Complaint, # 2 Text of Proposed Order - Amended Docket Control Order)(Cook, Jason) (Additional attachment(s) added on 8/19/2019: # 3 Text of Proposed Order Second Amended Proposed Order) (klc, ). (Entered: 08/02/2019) |
| 08/02/2019 | 128 | AMENDED COMPLAINT against Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc., filed by SAS Institute Inc..(Cook, Jason) (Entered: 08/02/2019) |
| 08/05/2019 | 129 | Opposed SEALED PATENT MOTION Defendants' Motion to Compel Responses to Interrogatories No. 8 and 9 by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World |

| | | | |
|---|---|---|---|
| | | | Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Summer Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 08/05/2019) |
| 08/06/2019 | | 130 | MOTION for Discovery - *Order Regarding E-Discovery* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order Regarding E-Discovery)(Cook, Jason) (Entered: 08/06/2019) |
| 08/06/2019 | | 131 | NOTICE of Attorney Appearance by Hilda Contreras Galvan on behalf of SAS Institute Inc. (Galvan, Hilda) (Entered: 08/06/2019) |
| 08/06/2019 | | 132 | NOTICE of Attorney Appearance by Keith Bryan Davis on behalf of SAS Institute Inc. (Davis, Keith) (Entered: 08/06/2019) |
| 08/07/2019 | | 133 | REDACTION to 129 Opposed SEALED PATENT MOTION *Defendants' Motion to Compel Responses to Interrogatories No. 8 and 9* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Summers Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 08/07/2019) |
| 08/13/2019 | 🔒 | 134 | SEALED PATENT DOCUMENT. World Programming Limited's First Amended Answer and Counterclaims to Original Complaint. (Caldwell, Bradley) (Entered: 08/13/2019) |
| 08/13/2019 | | 135 | AMENDED ANSWER to 1 Complaint, by Luminex Software, Inc.. (Caldwell, Bradley) (Entered: 08/13/2019) |
| 08/13/2019 | | 136 | AMENDED ANSWER to 1 Complaint, by Yum! Brands, Inc.. (Caldwell, Bradley) (Entered: 08/13/2019) |
| 08/13/2019 | | 137 | AMENDED ANSWER to 1 Complaint, by Pizza Hut, Inc.. (Caldwell, Bradley) (Entered: 08/13/2019) |
| 08/13/2019 | | 138 | AMENDED ANSWER to 1 Complaint, by Shaw Industries Group, Inc.. (Caldwell, Bradley) (Entered: 08/13/2019) |
| 08/14/2019 | | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 08/14/2019) |
| 08/14/2019 | | 139 | NOTICE of Attorney Appearance by Leozino Agozzino on behalf of SAS Institute Inc. (Agozzino, Leozino) (Entered: 08/14/2019) |
| 08/15/2019 | | 140 | REDACTION to 134 Sealed Patent Document by World Programming Limited. (Caldwell, Bradley) (Entered: 08/15/2019) |
| 08/19/2019 | 🔒 | 141 | **FILED IN ERROR PER ATTORNEY. PLEASE IGNORE** |

| | | | |
|---|---|---|---|
| | | | SEALED RESPONSE to Motion re 129 Opposed SEALED PATENT MOTION *Defendants' Motion to Compel Responses to Interrogatories No. 8 and 9* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A - Plaintiff's Responses to Defendants' Second Set of Interrogatories (Nos. 3-15), # 2 Exhibit B - Plaintiff's First Set of Interrogatoires to WPL, # 3 Exhibit C - Plaintiff's Second Set of Interrogatories (Nos. 2-9) to WPL, # 4 Exhibit D - May 31, 2019 Letter from SAS Counsel to WPL Counsel, # 5 Text of Proposed Order)(Davis, Keith) Modified on 8/20/2019 (klc, ). (Entered: 08/19/2019) |
| 08/20/2019 | | 142 | SECOND AMENDED DOCKET CONTROL ORDER - Pretrial Conference set for 6/29/2020 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 10/23/2019., Jury Selection set for 8/17/2020 09:00AM before District Judge Rodney Gilstrap., Mediation Completion due by 2/10/2020., Markman Hearing set for 1/29/2020 01:30 PM before District Judge Rodney Gilstrap., Motions in Limine due by 6/8/2020., Proposed Pretrial Order due by 6/22/2020. Signed by District Judge Rodney Gilstrap on 8/19/2019. (nkl, ) (Entered: 08/20/2019) |
| 08/20/2019 | | | ***FILED IN ERROR. Document # 141,. PLEASE IGNORE.***<br><br>(klc, ) (Entered: 08/20/2019) |
| 08/20/2019 | 🔒 | 143 | SEALED RESPONSE to Motion re 129 Opposed SEALED PATENT MOTION *Defendants' Motion to Compel Responses to Interrogatories No. 8 and 9* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A - Excerpt of SAS's Response to Defendants' Interrogatory No. 8 (Sealed), # 2 Text of Proposed Order)(Davis, Keith) (Entered: 08/20/2019) |
| 08/20/2019 | | 144 | ORDER - The Court hereby ORDERS the parties to submit via joint notice a complete copy of Defendants Interrogatories No. 8 and 9 and Plaintiffs Responses thereto, including any presently served supplements, within 24 hours of the issuance of this Order.. Signed by District Judge Rodney Gilstrap on 08/20/2019. (klc, ) (Entered: 08/20/2019) |
| 08/20/2019 | 🔒 | 145 | SEALED RESPONSE to Motion re 130 MOTION for Discovery - *Order Regarding E-Discovery* filed by Luminex Software, Inc., Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 08/20/2019) |
| 08/21/2019 | | 146 | NOTICE by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc. re 144 Order, *Joint Notice* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Caldwell, Bradley) (Entered: 08/21/2019) |
| 08/22/2019 | | 147 | Unopposed MOTION to Withdraw as Attorney *for Janice L. Ta and* |

| | | |
|---|---|---|
| | | *Request for Termination of ECF Notifications* by Pizza Hut, Inc., Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order) (Preston, Hilary) (Entered: 08/22/2019) |
| 08/22/2019 | 148 | REDACTION to 143 Sealed Response to Motion, *Opposition to Defendants' Motion to Compel Responses to Interrogatories No. 8 and 9* by SAS Institute Inc.. (Attachments: # 1 Exhibit A - Excerpt of SAS's Response to Defendants' Interrogatory No. 8, # 2 Text of Proposed Order)(Davis, Keith) (Entered: 08/22/2019) |
| 08/22/2019 | 149 | REDACTION to 145 Sealed Response to Motion, by Luminex Software, Inc., Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 08/22/2019) |
| 08/23/2019 | 🔒 150 | SEALED PATENT DOCUMENT. World Programming Limited's Answer to SAS Institute Inc.'s Amended Complaint (Caldwell, Bradley) (Entered: 08/23/2019) |
| 08/23/2019 | 151 | ANSWER to 128 Amended Complaint by Luminex Software, Inc.. (Caldwell, Bradley) (Entered: 08/23/2019) |
| 08/23/2019 | 152 | ANSWER to 128 Amended Complaint by Yum! Brands, Inc.. (Caldwell, Bradley) (Entered: 08/23/2019) |
| 08/23/2019 | 153 | ANSWER to 128 Amended Complaint by Pizza Hut, Inc..(Caldwell, Bradley) (Entered: 08/23/2019) |
| 08/23/2019 | 154 | ANSWER to 128 Amended Complaint by Shaw Industries Group, Inc..(Caldwell, Bradley) (Entered: 08/23/2019) |
| 08/26/2019 | 155 | Unopposed MOTION to Withdraw as Attorney by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Cook, Jason) (Entered: 08/26/2019) |
| 08/26/2019 | 156 | MOTION to Compel *WPL to Produce Executable Versions of the Accused WPS Software* by SAS Institute Inc.. (Attachments: # 1 Exhibit A - Letter from SAS to WPL (April 12, 2019), # 2 Exhibit B - Letter from SAS to WPL (May 15, 2019), # 3 Text of Proposed Order)(Davis, Keith) (Entered: 08/26/2019) |
| 08/27/2019 | 157 | ORDER granting 147 Motion to Withdraw as Attorney. Attorney Janice Le Ta terminated. Signed by District Judge Rodney Gilstrap on 8/27/19. (ch, ) (Entered: 08/27/2019) |
| 08/29/2019 | 158 | ORDER granting 155 Motion to Withdraw as Attorney. Attorney Brad Richard Newberg; Brian C Riopelle; Jason Woodard Cook and Shaun William Hassett terminated. Signed by District Judge Rodney Gilstrap on 8/28/2019. (nkl, ) (Entered: 08/29/2019) |
| 09/05/2019 | 159 | Unopposed MOTION for Extension of Time to File Response/Reply as to 150 Sealed Patent Document *Counterclaims of Defendant World Programming Limited* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Davis, Keith) (Entered: 09/05/2019) |

| 09/06/2019 | | 160 | ORDER granting 159 Motion for Extension of Time to File Response/Reply Responses due by 9/16/2019. Signed by Magistrate Judge Roy S. Payne on 9/6/2019. (ch, ) (Entered: 09/06/2019) |
|---|---|---|---|
| 09/09/2019 | | 161 | RESPONSE in Opposition re 156 MOTION to Compel *WPL to Produce Executable Versions of the Accused WPS Software filed by World Programming Limited*. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Caldwell, Bradley) (Entered: 09/09/2019) |
| 09/16/2019 | | 162 | MOTION to Dismiss *Counterclaims* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Galvan, Hilda) (Entered: 09/16/2019) |
| 09/16/2019 | 🔒 | 163 | ***FILED IN ERROR***<br><br>SEALED ADDITIONAL ATTACHMENTS to Main Document: 162 MOTION to Dismiss *Counterclaims* - Exhibit A - Settlement Agreement. (Galvan, Hilda) Modified on 9/16/2019 (ch, ). (Entered: 09/16/2019) |
| 09/16/2019 | | | ***FILED IN ERROR. NEED COVER PAGE WITH REQUIRED CERTIFICATES Document # 163, Sealed additional attachment. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 09/16/2019) |
| 09/16/2019 | 🔒 | 164 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 162 MOTION to Dismiss *Counterclaims*. (Attachments: # 1 Exhibit A - SEALED - Settlement Agreement)(Galvan, Hilda) (Entered: 09/16/2019) |
| 09/20/2019 | 🔒 | 165 | Opposed SEALED PATENT MOTION *to Compel Compliance with P.R. 3-1* by World Programming Limited. (Attachments: # 1 Declaration of Austin Curry, # 2 Exhibit 1, # 3 Text of Proposed Order)(Caldwell, Bradley) (Entered: 09/20/2019) |
| 09/25/2019 | | 166 | REDACTION to 150 Sealed Patent Document by World Programming Limited. (Caldwell, Bradley) (Entered: 09/25/2019) |
| 09/25/2019 | | 167 | REDACTION to 165 Opposed SEALED PATENT MOTION *to Compel Compliance with P.R. 3-1* by World Programming Limited. (Attachments: # 1 Declaration of Austin Curry, # 2 Exhibit 1, # 3 Text of Proposed Order)(Caldwell, Bradley) (Entered: 09/25/2019) |
| 09/30/2019 | 🔒 | 168 | SEALED PATENT DOCUMENT. World Programming Limited's Answer to SAS Institute Inc.'s Amended Complaint and First Amended Counterclaims (Caldwell, Bradley) (Entered: 09/30/2019) |
| 10/02/2019 | | 169 | REDACTION to 168 Sealed Patent Document by World Programming Limited. (Caldwell, Bradley) (Entered: 10/02/2019) |
| 10/04/2019 | 🔒 | 170 | SEALED RESPONSE to Motion re 165 Opposed SEALED PATENT MOTION *to Compel Compliance with P.R. 3-1* filed by |

| | | | |
|---|---|---|---|
| | | | SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order) (Davis, Keith) (Entered: 10/04/2019) |
| 10/11/2019 | | 171 | REDACTION to 170 Sealed Response to Motion *to Compel Compliance with P.R. 3-1* by SAS Institute Inc.. (Davis, Keith) (Entered: 10/11/2019) |
| 10/11/2019 | | 172 | Unopposed MOTION to Amend/Correct *The Docket Control Order* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order Third Amended Docket Control Order)(Davis, Keith) (Entered: 10/11/2019) |
| 10/16/2019 | | 173 | NOTICE of Attorney Appearance - Pro Hac Vice by Christian E Mammen on behalf of SAS Institute Inc.. Filing fee $ 100, receipt number 0540-7480785. (Mammen, Christian) (Entered: 10/16/2019) |
| 10/21/2019 | | 174 | THIRD AMENDED DOCKET CONTROL ORDER - GRANTING 172 Unopposed MOTION to Amend/Correct *The Docket Control Order*. Pretrial Conference set for 6/29/2020 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 11/1/2019., Jury Selection set for 8/17/2020 09:00AM before District Judge Rodney Gilstrap., Mediation Completion due by 2/10/2020., Markman Hearing set for 1/29/2020 01:30 PM before District Judge Rodney Gilstrap., Motions due by 6/8/2020., Proposed Pretrial Order due by 6/22/2020.). Signed by District Judge Rodney Gilstrap on 10/21/2019. (ch, ) (Entered: 10/21/2019) |
| 10/23/2019 | | 175 | NOTICE of Attorney Appearance by Carrie J Richey on behalf of SAS Institute Inc.. (Richey, Carrie) (Entered: 10/23/2019) |
| 10/23/2019 | | 176 | ORDER REGARDING E-DISCOVERY granting 130 MOTION for Discovery - Order Regarding E-Discovery. Signed by District Judge Rodney Gilstrap on 10/23/2019. (ch, ) (Entered: 10/23/2019) |
| 10/24/2019 | | 177 | Unopposed MOTION to Withdraw *Counsel (Jones Day)* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order Order Granting Unopposed Motion to Withdraw as Counsel)(Galvan, Hilda) (Entered: 10/24/2019) |
| 10/24/2019 | | 178 | NOTICE of Attorney Appearance - Pro Hac Vice by Pressly M. Millen on behalf of SAS Institute Inc.. Filing fee $ 100, receipt number 0540-7493035. (Millen, Pressly) (Entered: 10/24/2019) |
| 10/24/2019 | | 179 | NOTICE of Attorney Appearance - Pro Hac Vice by Raymond M. Bennett on behalf of SAS Institute Inc.. Filing fee $ 100, receipt number 0540-7493080. (Bennett, Raymond) (Entered: 10/24/2019) |
| 10/28/2019 | 🔒 | 180 | SEALED MOTION *to Dismiss Amended Counterclaims* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A-Competitive Insights and Strategy Brief, # 3 Exhibit B-If Youre Considering WPS)(Millen, Pressly) (Entered: 10/28/2019) |
| 10/30/2019 | | 181 | REDACTION to 180 SEALED MOTION *to Dismiss Amended Counterclaims* by SAS Institute Inc.. (Millen, Pressly) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/30/2019) |
| 11/12/2019 | 🔒 | 182 | SEALED RESPONSE to Motion re 180 SEALED MOTION *to Dismiss Amended Counterclaims* filed by World Programming Limited. (Attachments: # 1 Declaration of John F. Summers, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Caldwell, Bradley) (Entered: 11/12/2019) |
| 11/13/2019 | | 183 | NOTICE of Attorney Appearance - Pro Hac Vice by Samuel B. Hartzell on behalf of SAS Institute Inc.. Filing fee $ 100, receipt number 0540-7521943. (Hartzell, Samuel) (Entered: 11/13/2019) |
| 11/13/2019 | | 184 | Parties Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4-3 by SAS Institute Inc.. (Mammen, Christian) (Entered: 11/13/2019) |
| 11/14/2019 | | 185 | REDACTION to 182 Sealed Response to Motion, by World Programming Limited. (Caldwell, Bradley) (Entered: 11/14/2019) |
| 11/18/2019 | 🔒 | | (Court only) ***Motions terminated: 127 Joint MOTION to Continue *and to Amend the Docket Control Order and Agreed Motion for Leave to File Amended Complaint* filed by SAS Institute Inc.. (jml, ) (Entered: 11/18/2019) |
| 11/19/2019 | 🔒 | 186 | SEALED REPLY to Response to Motion re 180 SEALED MOTION *to Dismiss Amended Counterclaims* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A-Amended Judgment, # 2 Exhibit B-Second Amended Judgment, # 3 Exhibit C-Memorandum Opinion and Order)(Millen, Pressly) (Entered: 11/19/2019) |
| 11/21/2019 | | 187 | REDACTION to 186 Sealed Reply to Response to Motion, *to Dismiss Amended Counterclaims* by SAS Institute Inc.. (Attachments: # 1 Exhibit A - Amended Judgment, # 2 Exhibit B - Second Amended Judgment, # 3 Exhibit C - Memorandum Opinion and Order)(Millen, Pressly) (Entered: 11/21/2019) |
| 11/26/2019 | 🔒 | 188 | SEALED SUR-REPLY to Reply to Response to Motion re 180 SEALED MOTION *to Dismiss Amended Counterclaims* filed by World Programming Limited. (Attachments: # 1 Exhibit A) (Caldwell, Bradley) (Entered: 11/26/2019) |
| 11/27/2019 | | 189 | CLAIM CONSTRUCTION BRIEF filed by SAS Institute Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit, # 15 Exhibit B to Declaration)(Smith, Michael) (Entered: 11/27/2019) |
| 11/29/2019 | | 190 | REDACTION to 188 Sealed Sur-Reply to Reply to Response to Motion by World Programming Limited. (Attachments: # 1 Exhibit A)(Caldwell, Bradley) (Entered: 11/29/2019) |
| 12/05/2019 | 🔒 | 191 | Sealed Document. World Programming Limited's Notice of Clarification Regarding its Sur-Reply to SAS Institute Inc.'s Motion |

| | | |
|---|---|---|
| | | to Dismiss (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Caldwell, Bradley) (Entered: 12/05/2019) |
| 12/09/2019 | <u>192</u> | REDACTION to <u>191</u> Sealed Document, by World Programming Limited. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Caldwell, Bradley) (Entered: 12/09/2019) |
| 12/13/2019 | <u>193</u> | RESPONSIVE CLAIM CONSTRUCTION BRIEF filed by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Curry, John) (Entered: 12/13/2019) |
| 12/20/2019 | <u>194</u> | REPLY to <u>189</u> Claim Construction Brief, <u>193</u> Claim Construction Brief *filed by SAS Institute Inc.*. (Mammen, Christian) (Entered: 12/20/2019) |
| 12/30/2019 | <u>195</u> | ORDER - Court hereby appoints Mr. David Keyzer as the Courts technical advisor in this case. Signed by District Judge Rodney Gilstrap on 12/30/2019. (ch, ) (Entered: 01/02/2020) |
| 12/31/2019 | 🔒 | (Court only) ***Party David Keyzer added. (ch, ) (Entered: 01/02/2020) |
| 01/02/2020 | <u>196</u> | MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions* by SAS Institute Inc.. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order Granting Motion for Leave to Amend Infringement Contentions)(Mammen, Christian) (Entered: 01/02/2020) |
| 01/02/2020 | 🔒 <u>197</u> | SEALED ADDITIONAL ATTACHMENTS to Main Document: <u>196</u> MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions*.Declaration of Carrie Richey Filed Under Seal (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D)(Mammen, Christian) (Entered: 01/02/2020) |
| 01/03/2020 | <u>198</u> | REDACTION to <u>197</u> Sealed Additional Attachments to Main Document, *Declaration of Carrie Richey* by SAS Institute Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Mammen, Christian) (Entered: 01/03/2020) |
| 01/13/2020 | <u>199</u> | NOTICE of Attorney Appearance by Charles Everingham, IV on behalf of World Programming Limited (Everingham, Charles) (Entered: 01/13/2020) |
| 01/14/2020 | <u>200</u> | Order Referring Case for Claim Construction Purposes Only. Signed by District Judge Rodney Gilstrap on 1/24/2020. (ch, ) (Entered: 01/14/2020) |
| 01/14/2020 | | NOTICE of Hearing:Markman Hearing set for 1/29/2020 01:30 PM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 01/14/2020) |

| 01/14/2020 | | 201 | ORDER granting 177 Motion to Withdraw. TERMINATE ECF Notification for Hilda Galvan, Keith B. Davis, and Leozino Agozzino. Signed by District Judge Rodney Gilstrap on 1/14/2020. (ch, ) (Entered: 01/15/2020) |
| 01/15/2020 | | 202 | ORDER denying 129 Sealed Patent Motion; denying 156 Motion to Compel; denying 165 Sealed Patent Motion. Signed by District Judge Rodney Gilstrap on 1/15/2020. (ch, ) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒 | 203 | SEALED RESPONSE to Motion re 196 MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions* filed by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Curry, John) (Entered: 01/16/2020) |
| 01/18/2020 | | 204 | Claim Construction Chart by SAS Institute Inc. World Programming Limited, Yum! Brands, Inc. and Pizza Hut, Inc.. (Mammen, Christian) (Entered: 01/18/2020) |
| 01/21/2020 | | 205 | REDACTION to 203 Sealed Response to Motion, by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Curry, John) (Entered: 01/21/2020) |
| 01/23/2020 | 🔒 | 206 | SEALED REPLY to Response to Motion re 196 MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions* filed by SAS Institute Inc.. (Mammen, Christian) (Entered: 01/23/2020) |
| 01/23/2020 | | 207 | REDACTION to 206 Sealed Reply to Response to Motion *for Leave to Amend Infringement Contentions* by SAS Institute Inc.. (Mammen, Christian) (Entered: 01/23/2020) |
| 01/29/2020 | | 208 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Markman Hearing held on 1/29/2020. (Court Reporter Tammy Goolsby.) (Attachments: # 1 Attorney Sign-In Sheet) (bga, ) (Entered: 01/29/2020) |
| 01/30/2020 | 🔒 | 209 | SEALED SUR-REPLY to Reply to Response to Motion re 196 MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions* filed by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc. (Caldwell, Bradley) (Entered: 01/30/2020) |
| 01/31/2020 | 🔒 | 210 | SEALED MOTION *for Leave to File Second Amended Complaint* by SAS Institute Inc.. (Attachments: # 1 Exhibit Proposed 2nd Amended Complaint, # 2 Exhibit Proposed 2nd Amended Complaint Redline, # 3 Text of Proposed Order)(Millen, Pressly) (Entered: 01/31/2020) |
| 01/31/2020 | 🔒 | 211 | SEALED ADDITIONAL ATTACHMENTS to Main Document: |

| | | |
|---|---|---|
| | | 210 SEALED MOTION *for Leave to File Second Amended Complaint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Millen, Pressly) (Entered: 01/31/2020) |
| 02/03/2020 | 212 | REDACTION to 209 Sealed Sur-Reply to Reply to Response to Motion by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Caldwell, Bradley) (Entered: 02/03/2020) |
| 02/04/2020 | 213 | REDACTION to 210 SEALED MOTION *for Leave to File Second Amended Complaint* by SAS Institute Inc.. (Attachments: # 1 Exhibit Proposed 2nd Amended Complain, # 2 Exhibit Proposed 2nd Amended Complain-Redline, # 3 Text of Proposed Order)(Millen, Pressly) (Entered: 02/04/2020) |
| 02/04/2020 | 214 | REDACTED Additional Attachments to Main Document: 213 Redacted Document,.. (Attachments: # 1 Exhibit A - WPL Disclosures, # 2 Exhibit B - December 2015 Software Limited Overview, # 3 Exhibit C Redacted Exhibit, # 4 Exhibit D - Amended Stipulated Protective Order, # 5 Exhibit E - Stipulated Protective Order to Aid Texas Action, # 6 Exhibit F - December 2015 Software Limited Officers, # 7 Exhibit G - World Programming Limited Officers, # 8 Exhibit H - Letter from WPL to SAS (Mar. 16, 2018), # 9 Exhibit I - Letter from D2S to SAS (Mar. 16, 2018), # 10 Exhibit J - Order Refusing Permission To Appeal, # 11 Exhibit K - Patent Owner Preliminary Response to Petition for Inter Partes Review, # 12 Exhibit L - Petitioners Unopposed Motion to Dismiss the Petition, # 13 Exhibit M - WPL Annual Report Year Ended 31 Mar. 2019)(Millen, Pressly) Modified on 2/4/2020 (ch, ). (Entered: 02/04/2020) |
| 02/05/2020 | 215 | CLAIM CONSTRUCTION MEMORANDUM AND ORDER. Signed by Magistrate Judge Roy S. Payne on 2/5/2020. (ch, ) (Entered: 02/05/2020) |
| 02/05/2020 | 216 | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Hotline Conference held on 2/5/2020. Defendants summarizes the issue for the Court. Plaintiff responds. Court instructs the parties to take the deposition of the witness at issue sometime between February 5, 2020, and February 14, 2020, or on February 24, 2020, leaving the parties to work out all the specific details. (Time: 1:00-1:22 p.m.) (hma, ) (Entered: 02/05/2020) |
| 02/06/2020 | 217 | ORDER - Court has received Mr. Keyzers invoice for services through January 30, 2020, the court hereby ORDERS payment to be promptly made as follows. Signed by Magistrate Judge Roy S. Payne on 2/6/2020. (ch, ) (Entered: 02/06/2020) |
| 02/09/2020 | 218 | Unopposed MOTION for Leave to File Excess Pages by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of |

| | | | |
|---|---|---|---|
| | | | Proposed Order)(Caldwell, Bradley) (Entered: 02/09/2020) |
| 02/09/2020 | 🔒 | 219 | Opposed SEALED MOTION *Defendants' Renewed Motion to Compel Responses to Interrogatories No. 8 and 9* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Caldwell, Bradley) (Entered: 02/09/2020) |
| 02/09/2020 | | 220 | NOTICE of Attorney Appearance by Hamad M Hamad on behalf of Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc. (Hamad, Hamad) (Entered: 02/09/2020) |
| 02/10/2020 | | 221 | Unopposed MOTION for Leave to File Excess Pages by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 02/10/2020) |
| 02/10/2020 | | 222 | MOTION to Compel *Plaintiff's Motion to Enforce Prior Order Concerning Production of Executables* by SAS Institute Inc.. (Attachments: # 1 Affidavit Declaration of Carrie J. Richey, # 2 Exhibit Exhibits A-E)(Mammen, Christian) (Additional attachment (s) added on 2/11/2020: # 3 Text of Proposed Order) (ch, ). (Entered: 02/10/2020) |
| 02/11/2020 | | 223 | ORDER granting 221 Motion for Leave to File Excess Pages. Signed by District Judge Rodney Gilstrap on 2/11/2020. (ch, ) (Entered: 02/11/2020) |
| 02/11/2020 | | 224 | Joint MOTION to Expedite *Briefing* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Henry, Claire) (Entered: 02/11/2020) |
| 02/12/2020 | | 225 | ORDER granting 224 Joint MOTION to Expedite Briefing. Signed by District Judge Rodney Gilstrap on 2/12/2020. (ch, ) (Entered: 02/13/2020) |
| 02/13/2020 | 🔒 | 226 | SEALED RESPONSE to Motion re 219 Opposed SEALED MOTION *Defendants' Renewed Motion to Compel Responses to Interrogatories No. 8 and 9* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Millen, Pressly) (Entered: 02/13/2020) |
| 02/13/2020 | | 227 | NOTICE by SAS Institute Inc. re 226 Sealed Response to Motion, *Notice of Correction to Plaintiff SAS Institute Inc.'s Response in Opposition to Defendants' Renewed Motion to Compel Responses to Interrogatories No. 8 and 9* (Millen, Pressly) (Entered: 02/13/2020) |
| 02/14/2020 | | 228 | Unopposed MOTION for Leave to File Excess Pages by World Programming Limited. (Attachments: # 1 Text of Proposed Order) (Curry, John) (Entered: 02/14/2020) |
| 02/14/2020 | 🔒 | 229 | SEALED RESPONSE to Motion re 222 MOTION to Compel |

| | | | |
|---|---|---|---|
| | | | *Plaintiff's Motion to Enforce Prior Order Concerning Production of Executables* filed by World Programming Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Curry, John) (Entered: 02/14/2020) |
| 02/14/2020 | 🔒 | 230 | SEALED RESPONSE to Motion re 210 SEALED MOTION *for Leave to File Second Amended Complaint* filed by World Programming Limited. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Text of Proposed Order)(Caldwell, Bradley) (Entered: 02/14/2020) |
| 02/17/2020 | | 231 | NOTICE of Attorney Appearance by Bailey Alexandra Blaies on behalf of Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc. (Blaies, Bailey) (Entered: 02/17/2020) |
| 02/17/2020 | | 232 | REDACTION to 226 Sealed Response to Motion, *in Opposition to Defendants' Renewed Motion to Compel Responses to Interrogatories No. 8 and 9* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Millen, Pressly) (Entered: 02/17/2020) |
| 02/18/2020 | | 233 | Joint MOTION to Take Deposition from Dr. James Goodnight and Mr. Craig Rubendell *Outside the Fact Discovery Period* by Luminex Software, Inc., Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 02/18/2020) |
| 02/19/2020 | | 234 | OBJECTION TO CLAIM CONSTRUCTION filed by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Curry, John) (Entered: 02/19/2020) |
| 02/21/2020 | 🔒 | 235 | SEALED REPLY to Response to Motion re 210 SEALED MOTION *for Leave to File Second Amended Complaint* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of P. Millen, # 2 Exhibit A to Declaration of P. Millen)(Millen, Pressly) (Entered: 02/21/2020) |
| 02/25/2020 | | 236 | REDACTION to 235 Sealed Reply to Response to Motion, *in Support of Motion for Leave to File Second Amended Complaint* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of P. Millen, # 2 Exhibit A to Declaration of P. Millen)(Millen, Pressly) (Entered: 02/25/2020) |
| 02/27/2020 | | 237 | MOTION for Leave to File *Motion to Compel* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Leave to File Motion to Compel)(Mammen, Christian) (Entered: 02/27/2020) |
| 02/27/2020 | 🔒 | 238 | SEALED MOTION *to Compel WPL's Production of SASHELP Files* by SAS Institute Inc.. (Attachments: # 1 Exhibit A)(Mammen, |

| | | |
|---|---|---|
| | | Christian) (Additional attachment(s) added on 2/28/2020: # 2 Text of Proposed Order) (ch, ). (Entered: 02/27/2020) |
| 02/27/2020 | 239 | ***FILED IN ERROR*** <br><br> Additional Attachments to Main Document: 238 SEALED MOTION *to Compel WPL's Production of SASHELP Files*.. (Mammen, Christian) Modified on 2/27/2020 (ch, ). (Entered: 02/27/2020) |
| 02/27/2020 | | ***FILED IN ERROR. ORDERS ARE NOT FILED SEPARATELY Document # 239, Additional Attachments to Main Documents. PLEASE IGNORE.*** <br><br> (ch, ) (Entered: 02/27/2020) |
| 02/28/2020 | 🔒 240 | SEALED SUR-REPLY to Reply to Response to Motion re 210 SEALED MOTION *for Leave to File Second Amended Complaint* filed by World Programming Limited. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A to McCarty Declaration, # 3 Exhibit B to McCarty Declaration)(Everingham, Charles) (Entered: 02/28/2020) |
| 02/28/2020 | 241 | ORDER granting 237 MOTION for Leave to File Motion to Compel. Signed by District Judge Rodney Gilstrap on 2/28/2020. (ch, ) (Entered: 03/02/2020) |
| 03/02/2020 | 242 | RESPONSE to 234 Objection to Claim Construction *Plaintiff's Response to Defendants' Objections to Claim Construction Order filed by SAS Institute Inc.*. (Mammen, Christian) (Entered: 03/02/2020) |
| 03/03/2020 | 243 | REDACTION to 238 SEALED MOTION *to Compel WPL's Production of SASHELP Files REDACTED PUBLIC VERSION* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Mammen, Christian) (Entered: 03/03/2020) |
| 03/04/2020 | 244 | PAPER TRANSCRIPT REQUEST by SAS Institute Inc. for proceedings held on January 29, 2020 Claim Construction Hearing before Judge Roy S. Payne. (Mammen, Christian) (Main Document 244 replaced with flattened image on 3/4/2020) (ch, ).( Forwarded to Court Report Tammie Goolsby 3/4/2020) Modified on 3/4/2020 (ch, ). Modified on 3/4/2020 (ch, ). (Entered: 03/04/2020) |
| 03/04/2020 | 245 | REDACTION to 240 Sealed Sur-Reply to Reply to Response to Motion, by World Programming Limited. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A to McCarty Declaration, # 3 Exhibit B to McCarty Declaration)(Everingham, Charles) (Entered: 03/04/2020) |
| 03/04/2020 | 246 | FOURTH AMENDED DOCKET CONTROL ORDER - Pretrial Conference set for 6/25/2020 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 7/7/2020 09:00AM before |

| | | | |
|---|---|---|---|
| | | | District Judge Rodney Gilstrap., Motions due by 6/1/2020., Proposed Pretrial Order due by 6/15/2020. Signed by District Judge Rodney Gilstrap on 3/4/2020. (ch, ) (Entered: 03/05/2020) |
| 03/05/2020 | 🔒 | 247 | SEALED RESPONSE to Motion re 238 SEALED MOTION *to Compel WPL's Production of SASHELP Files* filed by World Programming Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 03/05/2020) |
| 03/09/2020 | | 248 | REDACTION to 247 Sealed Response to Motion, by World Programming Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 03/09/2020) |
| 03/11/2020 | | 249 | NOTICE by SAS Institute Inc. re 238 SEALED MOTION *to Compel WPL's Production of SASHELP Files Plaintiff SAS Institute Inc.'s Advisory To The Court Withdrawing Motion To Compel Production Of WPL's SASHELP Files (Dkt. No. 238)* (Mammen, Christian) (Entered: 03/11/2020) |
| 03/25/2020 | 🔓 | 250 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Markman Hearing held on 1/29/2020 before Judge Roy S. Payne. Court Reporter/Transcriber Tammy L. Goolsby.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 4/15/2020. Release of Transcript Restriction set for 6/23/2020. (ch, ) (Entered: 03/25/2020) |
| 03/27/2020 | | 251 | Opposed MOTION for Attorney Fees by World Programming Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Caldwell, Bradley) (Entered: 03/27/2020) |
| 04/03/2020 | | 252 | Joint MOTION to Amend/Correct 246 Order,, Terminate Motions,, Scheduling Order, by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/03/2020) |
| 04/06/2020 | | 253 | ORDER granting 252 Joint MOTION to Amend/Correct 246 Order,, Terminate Motions,, Scheduling Order. Pretrial Conference set for 6/25/2020 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 7/7/2020 09:00AM before District Judge Rodney |

| | | | |
|---|---|---|---|
| | | | Gilstrap., Motions due by 6/1/2020., Proposed Pretrial Order due by 6/15/2020. Signed by District Judge Rodney Gilstrap on 4/6/2020. (ch, ) (Entered: 04/07/2020) |
| 04/10/2020 | 🔒 | 254 | SEALED RESPONSE to Motion re 251 Opposed MOTION for Attorney Fees filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A)(Millen, Pressly) (Entered: 04/10/2020) |
| 04/20/2020 | | 255 | NOTICE of Voluntary Dismissal by SAS Institute Inc. (Attachments: # 1 Text of Proposed Order)(Millen, Pressly) (Entered: 04/20/2020) |
| 04/20/2020 | | 256 | DISCOVERY HOTLINE ORDER. The Court ORDERS that Plaintiff's witness answer the questions propounded during the deposition unless objected to by counsel on the basis of privilege. Such order was also issued verbally by the Court to the witness and on the record during the telephone call. Further, as stated on the record, Defendants are instructed to resume with the deposition. As the day proceeds, if Defendants continue to believe additional time beyond the allotted time is necessary to complete the deposition, Defendants are directed to contact the undersigned approximately one hour before the expiration of such allotted time. Signed by Magistrate Judge Kimberly C Priest Johnson on 4/20/2020. (baf, ) (Entered: 04/20/2020) |
| 04/21/2020 | | 257 | Joint MOTION to Amend/Correct 253 Order,, Terminate Motions,, Scheduling Order, by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/21/2020) |
| 04/22/2020 | | 258 | SIXTH AMENDED DOCKET CONTROL ORDER granting 257 Motion to Amend/Correct. Signed by District Judge Rodney Gilstrap on 4/22/20. (ch, ) (Entered: 04/22/2020) |
| 04/22/2020 | 🔒 | 259 | Opposed SEALED PATENT MOTION *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* by Pizza Hut, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of Warren J. McCarty, III, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/22/2020) |
| 04/27/2020 | 🔒 | 260 | ***DEFICIENT DOCUMENT***<br><br>SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Rule 26(a)(2)(C) Report of Oliver Robinson)(Millen, Pressly) Modified on 4/27/2020 (ch, ). (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 261 | ***DEFICIENT DOCUMENT*** |

| | | |
|---|---|---|
| | | SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* by SAS Institute Inc.. (Attachments: # 1 Exhibit 4/8/2020 Excerpts from the Rebuttal Expert Report of Philip Green Regarding Damages, # 2 Exhibit 4/8/2020 Rule 26(a)(2)(C) Report of Benjamin Scurr, # 3 Exhibit 4/8/2020 Excerpts from the Dr. Mark Jones Rebuttal Report, # 4 Exhibit 4/15/2020 Excerpts from Dr. Mark Jones Deposition) (Millen, Pressly) Modified on 4/27/2020 (ch, ). (Entered: 04/27/2020) |
| 04/27/2020 | | NOTICE of Deficiency regarding the 260 submitted NO AUTHORIZATION TO FILE UNDER SEAL, NO CERTIFICATE OF CONFERENCE, NO PROPOSED ORDER. Correction should be made by SEALED MOTION (Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson) (ch, ) (Entered: 04/27/2020) |
| 04/27/2020 | 262 | NOTICE of Voluntary Dismissal by SAS Institute Inc. (Attachments: # 1 Text of Proposed Order)(Mammen, Christian) (Entered: 04/27/2020) |
| 04/27/2020 | | NOTICE of Deficiency regarding the 261 submitted NO CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL, NO CERTIFICATE OF CONFERENCE, NO PROPOSED ORDER. Correction should be made by SEALED MOTION (Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code) (ch, ) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 263 | SEALED MOTION *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* by SAS Institute Inc.. (Attachments: # 1 Declaration of Samuel B. Hartzell, # 2 Rule 26(a)(2)(C) Report of Oliver Robinson (Mar. 2, 2020), # 3 Rebuttal Expert Report of Philip Green regarding Damages (Apr. 8, 2020), # 4 Letters from Millen (Sept. 10, 2018 & Oct. 9, 2019), # 5 WPLs Sealed Motion for Stay Pending Appeal (May 24, 2019), # 6 Competitive Insights & Strategy Brief, # 7 Settlement Agreement (Nov. 2018), # 8 Email from Gault to Woulfe (Nov. 8, 2018), # 9 WPL & SAS Info Sheet, # 10 Subpoena (June 7, 2019), # 11 Email from Boswell to Shaw (May 17, 2019), # 12 Schedule 1-1 to Hewitt Declaration (June 29, 2018), # 13 Declaration of Oliver R. Robinson (Feb. 28, 2019), # 14 Expert Report of Dr. James A. Storer (Mar. 2, 2020), # 15 Text of Proposed Order)(Hartzell, Samuel) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 264 | SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Keith Collins, # 2 Exhibit Affidavit of Alan Eaton, # 3 Exhibit Testimony of Dr. Robert Rodriguez, # 4 Exhibit Copyright Registrations for the SAS System, # 5 Exhibit Copyright Registration for the SAS Learning Edition, # 6 Exhibit Index of Copyright Registrations for SAS Publications, # 7 |

| | | | |
|---|---|---|---|
| | | | Exhibit Declaration of Pressly M. Millen, # 8 Exhibit WPL Issue Report No. 7236 [Plaintiffs Dep. Ex. 188], # 9 Exhibit T. Quarendon 7-5-10 Email [Plaintiffs Dep. Ex. 189], # 10 Exhibit T. Quarendon, Trouble Opening Specific Volumes [Plaintiffs Dep. Ex. 190], # 11 Exhibit World Programming System, IBM Technical Evaluation (Excerpts) [Plaintiffs Ex. 187], # 12 Exhibit T. Quarendon 9-9-03 Email [00021875-76], # 13 Exhibit Excerpts of Dep. of T. Quarendon, # 14 Exhibit How to be a WPS Developer [Plaintiffs Dep. Ex. 194], # 15 Exhibit B. Scurr 9-17-15 Email [Plaintiffs Dep. Ex. 160], # 16 Exhibit WPL Issue Report No. 29321 [Plaintiffs Dep. Ex. 151], # 17 Exhibit Excerpts of Dep. of O. Plaistowe, # 18 Exhibit Witness Statement of M. Jupp, # 19 Exhibit Witness Statement S.C. Bagshaw, # 20 Exhibit M. Kwok 6-2-14 Email [Plaintiffs Dep. Ex. 105], # 21 Exhibit R. Freemantle 10-13-16 Email [Plaintiffs Dep. Ex. 106], # 22 Text of Proposed Order) (Millen, Pressly) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 265 | SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Rule 26(a)(2)(C) Report of Oliver Robinson, # 2 Text of Proposed Order)(Millen, Pressly) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 266 | SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* by SAS Institute Inc.. (Attachments: # 1 Exhibit 4/8/2020 Excerpts from the Rebuttal Expert Report of Philip Green Regarding Damages, # 2 Exhibit 4/8/2020 Rule 26(a)(2)(C) Report of Benjamin Scurr, # 3 Exhibit 4/8/2020 Excerpts from the Dr. Mark Jones Rebuttal Report, # 4 Exhibit 4/15/2020 Excerpts from Dr. Mark Jones Deposition, # 5 Text of Proposed Order)(Millen, Pressly) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 267 | SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* by World Programming Limited. (Attachments: # 1 Declaration of John F. Summers, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 268 | SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning Patent Infringement* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 269 | SEALED PATENT MOTION *Defendants' Motion to Stike Portions* |

| | | | |
|---|---|---|---|
| | | | *of the Damages Opinions and Testimony of Dr. Velturo* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Text of Proposed Order) (Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 270 | SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* by Luminex Software, Inc.. (Attachments: # 1 Declaration of John F. Summers, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Declaration of Eric Christensen, # 11 Text of Proposed Order) (Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 271 | SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D - Part 1 of 2, # 6 Exhibit D - Part 2 of 2, # 7 Exhibit E, # 8 Text of Proposed Order) (Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 272 | SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/27/2020) |
| 04/27/2020 | 🔒 | 273 | SEALED PATENT MOTION *Defendants' Motion to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26(a)(2)(B), Rule 37(a)(4), and Rule 37(b)* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of John Austin Curry, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Curry, John) (Entered: 04/28/2020) |
| 04/28/2020 | 🔒 | 274 | SEALED PATENT MOTION *Defendants' Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Hamad Declaration, # 2 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/28/2020) |
| 04/28/2020 | 🔒 | 275 | SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to* |

| | | |
|---|---|---|
| | | *Copyright Infringement* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Declaration of Hamad M. Hamad, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D Part 1 of 4, # 6 Exhibit D Part 2 of 4, # 7 Exhibit D Part 3 of 4, # 8 Exhibit D Part 4 of 4, # 9 Exhibit E, # 10 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/28/2020) |
| 04/28/2020 | 276 | Unopposed MOTION for Extension of Time to File *Motions* by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited, Yum! Brands, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/28/2020) |
| 04/28/2020 | 277 | ORDER granting 262 Notice of Voluntary Dismissal granting 255 Notice of Voluntary Dismissal. Yum! Brands, Inc., Pizza Hut, Inc. and Shaw Industries Group, Inc. are dismissed with prejudice. Signed by District Judge Rodney Gilstrap on 4/28/2020. (ch, ) (Entered: 04/28/2020) |
| 04/29/2020 | 278 | ORDER granting 276 Unopposed MOTION for Extension of Time to File Motions. Signed by District Judge Rodney Gilstrap on 4/29/2020. (ch, ) (Entered: 04/29/2020) |
| 04/29/2020 | 279 | REDACTION to 263 SEALED MOTION *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Samuel B. Hartzell, # 2 Exhibit Rule 26(a)(2)(C) Report of Oliver Robinson (Mar. 2 2020), # 3 Exhibit Rebuttal Expert Report of Philip Green regarding Damages (Apr. 8 2020), # 4 Exhibit Letters from Millen (Sept. 10 2018 Oct. 9 2019), # 5 Exhibit WPLs Sealed Motion for Stay Pending Appeal (May 24 2019), # 6 Exhibit Competitive Insights Strategy Brief, # 7 Exhibit Settlement Agreement (Nov. 2018), # 8 Exhibit Email from Gault to Woulfe (Nov. 8 2018), # 9 Exhibit WPL SAS Info Sheet, # 10 Exhibit Subpoena (June 7 2019), # 11 Exhibit Email from Boswell to Shaw (May 17 2019), # 12 Exhibit Schedule 1-1 to Hewitt Declaration (June 29 2018), # 13 Exhibit Declaration of Oliver R. Robinson (Feb. 28 2019), # 14 Exhibit Expert Report of Dr. James A. Storer (Mar. 2 2020), # 15 Text of Proposed Order)(Hartzell, Samuel) (Entered: 04/29/2020) |
| 04/29/2020 | 280 | REDACTION to 267 SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* by World Programming Limited. (Attachments: # 1 Declaration of John F. Summers, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| | | |

| 04/29/2020 | 281 | REDACTION to 265 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Rule 26(a)(2)(c) Report of Oliver Robinson, # 2 Text of Proposed Order)(Millen, Pressly) (Entered: 04/29/2020) |
| 04/29/2020 | 282 | REDACTION to 266 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* by SAS Institute Inc.. (Attachments: # 1 Exhibit 4/8/2020 Excerpts from the Rebuttal Expert Report of Philip Green Regarding Damages, # 2 Exhibit 4/8/2020 Rule 26(a)(2)(C) Report of Benjamin Scurr, # 3 Exhibit 4/8/2020 Excerpts from the Dr. Mark Jones Rebuttal Report, # 4 Exhibit 4/15/2020 Excerpts from Dr. Mark Jones Deposition, # 5 Text of Proposed Order)(Millen, Pressly) (Entered: 04/29/2020) |
| 04/29/2020 | 283 | REDACTION to 270 SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* by Luminex Software, Inc.. (Attachments: # 1 Declaration of John F. Summers, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Declaration of Eric Christensen, # 11 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| 04/29/2020 | 284 | REDACTION to 273 SEALED PATENT MOTION *Defendants' Motion to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26(a)(2)(B), Rule 37(a)(4), and Rule 37(b)* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Declaration of John Austin Curry, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(Curry, John) (Entered: 04/29/2020) |
| 04/29/2020 | 285 | REDACTION to 264 SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Keith Collins, # 2 Exhibit Affidavit of Alan Eaton, # 3 Exhibit Testimony of Dr. Robert Rodriguez, # 4 Exhibit Copyright Registrations for the SAS System, # 5 Exhibit Copyright Registration for the SAS Learning Edition, # 6 Exhibit Index of Copyright Registrations for SAS Publications, # 7 Exhibit Declaration of Press Millen, # 8 Exhibit WPL Issue Report No. 7236 [Plaintiffs Dep. Ex. 188], # 9 Exhibit T. Quarendon 7-5-10 Email [Plaintiffs Dep. Ex. 189], # 10 Exhibit T. Quarendon, Trouble Opening Specific Volumes [Plaintiffs Dep. Ex. 190], # 11 Exhibit World Programming System, IBM Technical Evaluation (Excerpts) [Plaintiffs Ex. 187], # 12 Exhibit T. Quarendon 9-9-03 Email [00021875-76], # 13 Exhibit Excerpts of Dep. of T. Quarendon, # 14 Exhibit How to be a WPS Developer [Plaintiffs Dep. Ex. 194], # 15 Exhibit B. Scurr 9-17-15 Email [Plaintiffs Dep. Ex. 160], # 16 Exhibit WPL Issue Report No. 29321 [Plaintiffs Dep. Ex. 151], # 17 |

| | | |
|---|---|---|
| | | Exhibit Excerpts of Dep. of O. Plaistowe, # 18 Exhibit Witness Statement of M. Jupp, # 19 Exhibit Witness Statement S.C. Bagshaw, # 20 Exhibit M. Kwok 6-2-14 Email [Plaintiffs Dep. Ex. 105], # 21 Exhibit R. Freemantle 10-13-16 Email [Plaintiffs Dep. Ex. 106], # 22 Text of Proposed Order)(Millen, Pressly) (Entered: 04/29/2020) |
| 04/29/2020 | 286 | REDACTION to 268 SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning Patent Infringement* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| 04/29/2020 | 287 | REDACTION to 269 SEALED PATENT MOTION *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vel 
 turo* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Text of Proposed Order) (Caldwell, Bradley) (Entered: 04/29/2020) |
| 04/29/2020 | 288 | REDACTION to 272 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| 04/29/2020 | 289 | REDACTION to 271 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D - Part 1 of 2, # 6 Exhibit D - Part 2 of 2, # 7 Exhibit E, # 8 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| 04/29/2020 | 290 | REDACTION to 275 SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Declaration of Hamad M. Hamad, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D Part 1 of 4, # 6 Exhibit D Part 2 of 4, # 7 Exhibit D Part 3 of 4, # 8 Exhibit D Part 4 of 4, # 9 Exhibit E, # 10 Text of Proposed Order)(Caldwell, Bradley) (Entered: 04/29/2020) |
| 05/01/2020 | 291 | Unopposed MOTION for Leave to File Excess Pages by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 05/01/2020) |

| 05/06/2020 | | | NOTICE of Hearing: Jury Selection RESET for 7/6/2020 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. ***Please note that the DATE for the hearing has changed.***(jml) (Entered: 05/06/2020) |
|---|---|---|---|
| 05/06/2020 | 🔒 | 292 | SEALED RESPONSE to Motion re 259 Opposed SEALED PATENT MOTION *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* filed by SAS Institute Inc.. (Attachments: # 1 Affidavit Declaration of Carrie J. Richey in Opposition to Motion to Strike, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Text of Proposed Order Proposed Order Denying Motion to Strike)(Mammen, Christian) (Entered: 05/06/2020) |
| 05/06/2020 | | 293 | Additional Attachments to Main Document: 292 Sealed Response to Motion,... (Mammen, Christian) (Entered: 05/06/2020) |
| 05/11/2020 | 🔒 | 294 | SEALED RESPONSE to Motion re 267 SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* filed by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Hartzell, Samuel) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 295 | SEALED RESPONSE to Motion re 271 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Expert Report of Dr. James A. Storer Concerning Copyright Infringement, # 3 Exhibit S. Manning 6/22/07 Email, # 4 Exhibit WPS: Product Roadmap Manual, # 5 Exhibit T. Quarendon NC Transcript (excerpts), # 6 Exhibit T. Quarendon 7/5/10 email, # 7 Exhibit Running MICS With WPS Rather Than SAS, # 8 Exhibit Bale Transcript (excerpts), # 9 Exhibit Robinson Transcript (excerpts), # 10 Exhibit Quick Reference for Language Support Concerning Statistical Analysis (excerpts), # 11 Exhibit How to be a WPS Developer, # 12 Exhibit Exhibit 6 to Professor Storers Report (Lists of Supported and Unsupported Keywords (excerpts), # 13 Exhibit Exhibit 4 to Professor Storers Report (List of Statements and Options in Proc Mixed), # 14 Exhibit WPL Proc.history, # 15 Exhibit WPL Issue 18078, # 16 Exhibit WPL Issue 13526, # 17 Exhibit WPL Issue 18612, # 18 Exhibit O. Plaistowe Transcript (excerpts), # 19 Text of Proposed Order)(Millen, Pressly) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 296 | SEALED RESPONSE to Motion re 272 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit M. Jones Transcript (excerpts, # 3 Exhibit Second Declaration of Keith Collins, sworn to May 8, 2020, |

| | | | |
|---|---|---|---|
| | | | # 4 Exhibit C. Rubendall Transcript (excerpts), # 5 Text of Proposed Order)(Millen, Pressly) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 297 | SEALED RESPONSE to Motion re 275 SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Exhibit 6 to Professor Storers Report (Lists of Supported and Unsupported Keywords) (excerpts), # 3 Exhibit Declaration of Dr. Luke Seed, sworn to May 8, 2020, # 4 Exhibit Exhibit 4 to Professor Storers Report (List of Statements and Options in Proc Mixed), # 5 Exhibit Exhibit 5 to Professor Storers Report (WPS Source Code Folder Structure), # 6 Exhibit Exhibit 7 to Professor Storers Report (Output Examples from NC Trial), # 7 Exhibit Exhibit 8 to Professor Storers Report (Further Examples of SAS System and WPS Outputs) (excerpts), # 8 Exhibit Exhibit 9 to Professor Storers Report (Further Output Comparisons from SPSS, R, and JMP) (excerpts), # 9 Exhibit WPLs Supplemental Response to Interrogatory No. 1, # 10 Exhibit Attachments to WPLs Supplemental Response to Interrogatory No. 1 (excerpts), # 11 Exhibit SASs Second Supplemental Response to WPLs Interrogatory No. 8 (excerpts), # 12 Text of Proposed Order)(Millen, Pressly) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 298 | SEALED RESPONSE to Motion re 269 SEALED PATENT MOTION *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vellturo* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Raymond M. Bennett, # 2 Exhibit Expert Report of Christopher A. Vellturo, Ph.D., # 3 Exhibit Vellturo transcript (excerpts), # 4 Exhibit Expert Report of James A. Storer Concerning Copyright Infringement, # 5 Exhibit Bale Transcript (excerpts), # 6 Exhibit Image of CD for PX223 (Move to WPS Analytics in 3 Easy Steps), # 7 Exhibit Witness Statement of Steven Charles Bagshaw, # 8 Exhibit T. Quarendon NC Transcript (excerpts), # 9 Exhibit P. Quarendon UK Trial Transcript (excerpts), # 10 Exhibit Storer deposition (excerpts), # 11 Exhibit Heath deposition (excerpts), # 12 Text of Proposed Order)(Millen, Pressly) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 299 | SEALED RESPONSE to Motion re 268 SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning Patent Infringement* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order [Proposed] Order Denying Motion)(Mammen, Christian) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 300 | SEALED RESPONSE to Motion re 270 SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit |

| | | | |
|---|---|---|---|
| | | | C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Text of Proposed Order Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [301](#) | SEALED RESPONSE to Motion re [273](#) SEALED PATENT MOTION *Defendants' Motion to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26(a)(2)(B), Rule 37(a)(4), and Rule 37 (b)* filed by SAS Institute Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Text of Proposed Order Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [302](#) | SEALED RESPONSE to Motion re [266](#) SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # [1](#) Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [303](#) | SEALED RESPONSE to Motion re [265](#) SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # [1](#) Curry Declaration, # [2](#) Exhibit A, # [3](#) Text of Proposed Order)(Curry, John) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [304](#) | CORRECTED SEALED RESPONSE to Motion re [275](#) SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [305](#) | SEALED REPLY to Response to Motion re [259](#) Opposed SEALED PATENT MOTION *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* filed by World Programming Limited. (Attachments: # [1](#) McCarty Declaration, # [2](#) Exhibit A)(Caldwell, Bradley) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [306](#) | SEALED RESPONSE to Motion re [263](#) SEALED MOTION *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* filed by World Programming Limited. (Attachments: # [1](#) Summers Declaration, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Exhibit J, # [12](#) Exhibit K, # [13](#) Exhibit L, # [14](#) Exhibit M, # [15](#) Exhibit N, # [16](#) Exhibit O, # [17](#) Exhibit P, # [18](#) Exhibit Q, # [19](#) Exhibit R, # [20](#) Exhibit S, # [21](#) Exhibit T, # [22](#) Exhibit U, # [23](#) Exhibit V, # [24](#) Exhibit W, # [25](#) Exhibit X, # [26](#) Exhibit Y, # [27](#) Exhibit Z, # [28](#) Exhibit AA, # [29](#) Exhibit BB, # [30](#) Exhibit CC, # [31](#) Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | [307](#) | SEALED RESPONSE to Motion re [264](#) SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* filed by Luminex Software, Inc., |

| | | | |
|---|---|---|---|
| | | | World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/11/2020) |
| 05/11/2020 | 🔒 | 308 | Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/11/2020) |
| 05/12/2020 | | 309 | NOTICE by Luminex Software, Inc., World Programming Limited re 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1) Defendants' Notice of Supplemental Certificate of Conference* (Caldwell, Bradley) (Entered: 05/12/2020) |
| 05/13/2020 | | 310 | REDACTION to 304 Sealed Response to Motion *(Plaintiffs Corrected Opposition to Defendants Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement)* by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 05/13/2020) |
| 05/13/2020 | | 311 | REDACTION to 296 Sealed Response to Motion,, *(Plaintiffs Opposition to Defendants Motion for Partial Summary Judgment against Plaintiffs Copyright Infringement Claims (Copyrightability))* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/13/2020) |
| 05/13/2020 | | 312 | REDACTION to 299 Sealed Response to Motion, *Plaintiff's Opposition to WPL's Motion to Strike [D.N. 268]* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/13/2020) |
| 05/13/2020 | | 313 | REDACTION to 300 Sealed Response to Motion, *Plaintiff's Opposition to Luminex Software Inc.'s Motion for Summary Judgment and Request for Attorney's Fees [D.N. 270]* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/13/2020) |
| 05/13/2020 | | 314 | REDACTION to 301 Sealed Response to Motion, *Plaintiff's Opposition to WPL's Motion to Strike [D.N. 273]* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/13/2020) |
| 05/13/2020 | | 315 | REDACTION to 298 Sealed Response to Motion,,, *(SAS Institute Inc.s Response to Defendants Motion to Strike Portions of the Damages Opinions and Testimony of Dr. Vellturo)* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/13/2020) |

| 05/13/2020 | 316 | REDACTION to 294 Sealed Response to Motion, *(SAS Institute Inc.s Response in Opposition to World Programming Limiteds Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment)* by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 05/13/2020) |
|---|---|---|
| 05/13/2020 | 317 | REDACTION to 295 Sealed Response to Motion,,,,, *(Plaintiffs Opposition to Defendants Motion for Partial Summary Judgment against Plaintiffs Copyright Infringement Claims [Actionable Copying])* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/13/2020) |
| 05/13/2020 | 318 | REDACTION to 307 Sealed Response to Motion,, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/13/2020) |
| 05/13/2020 | 319 | REDACTION to 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/13/2020) |
| 05/13/2020 | 320 | REDACTION to 294 Sealed Response to Motion, *[Corrected]SAS Institute Inc.s Response in Opposition to World Programming Limiteds Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Hartzell, Samuel) (Entered: 05/13/2020) |
| 05/13/2020 | 321 | REDACTION to 304 Sealed Response to Motion *[Corrected] Plaintiffs Corrected Opposition to Defendants Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Exhibit 6 to Professor Storers Report (Lists of Supported and Unsupported Keywords) (excerpts), # 3 Exhibit Declaration of Dr. Luke Seed, sworn to May 8, 2020, # 4 Exhibit Exhibit 4 to Professor Storers Report (List of Statements and Options in Proc Mixed), # 5 Exhibit Exhibit 5 to Professor Storers Report (WPS Source Code Folder Structure), # 6 Exhibit Exhibit 7 to Professor Storers Report (Output Examples from NC Trial), # 7 Exhibit Exhibit 8 to Professor Storers Report (Further Examples of SAS System and WPS Outputs) (excerpts), # 8 Exhibit Exhibit 9 to Professor Storers Report (Further Output Comparisons from SPSS, R, and JMP) (excerpts), # 9 Exhibit WPLs Supplemental Response to Interrogatory No. 1, # 10 Exhibit Attachments to WPLs Supplemental Response to Interrogatory No. 1 |

| | | |
|---|---|---|
| | | (excerpts), # [11] Exhibit SASs Second Supplemental Response to WPLs Interrogatory No. 8 (excerpts), # [12] Text of Proposed Order) (Hartzell, Samuel) (Entered: 05/13/2020) |
| 05/13/2020 | [322] | REDACTION to [306] Sealed Response to Motion,,, by World Programming Limited. (Attachments: # [1] Summers Declaration, # [2] Exhibit A, # [3] Exhibit B, # [4] Exhibit C, # [5] Exhibit D, # [6] Exhibit E, # [7] Exhibit F, # [8] Exhibit G, # [9] Exhibit H, # [10] Exhibit I, # [11] Exhibit J, # [12] Exhibit K, # [13] Exhibit L, # [14] Exhibit M, # [15] Exhibit N, # [16] Exhibit O, # [17] Exhibit P, # [18] Exhibit Q, # [19] Exhibit R, # [20] Exhibit S, # [21] Exhibit T, # [22] Exhibit U, # [23] Exhibit V, # [24] Exhibit W, # [25] Exhibit X, # [26] Exhibit Y, # [27] Exhibit Z, # [28] Exhibit AA, # [29] Exhibit BB, # [30] Exhibit CC, # [31] Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/13/2020) |
| 05/13/2020 | [323] | REDACTION to [296] Sealed Response to Motion,, *[Corrected] Plaintiffs Opposition to Defendants Motion for Partial Summary Judgment against Plaintiffs Copyright Infringement Claims (Copyrightability)* by SAS Institute Inc.. (Attachments: # [1] Exhibit Declaration of Pressly M. Millen, # [2] Exhibit M. Jones Transcript (excerpts), # [3] Exhibit Second Declaration of Keith Collins, sworn to May 8, 2020, # [4] Exhibit C. Rubendall Transcript (excerpts), # [5] Text of Proposed Order)(Millen, Pressly) (Entered: 05/13/2020) |
| 05/13/2020 | [324] | REDACTION to [295] Sealed Response to Motion,,,,, *[Corrected] Plaintiffs Opposition to Defendants Motion for Partial Summary Judgment against Plaintiffs Copyright Infringement Claims [Actionable Copying]* by SAS Institute Inc.. (Attachments: # [1] Exhibit Declaration of Pressly M. Millen, # [2] Exhibit Expert Report of Dr. James A. Storer Concerning Copyright Infringement, # [3] Exhibit S. Manning 6/22/07 Email, # [4] Exhibit WPS: Product Roadmap Manual, # [5] Exhibit T. Quarendon NC Transcript (excerpts), # [6] Exhibit T. Quarendon 7/5/10 email, # [7] Exhibit Running MICS With WPS Rather Than SAS, # [8] Exhibit Bale Transcript (excerpts), # [9] Exhibit Robinson Transcript (excerpts), # [10] Exhibit Quick Reference for Language Support Concerning Statistical Analysis (excerpts), # [11] Exhibit How to be a WPS Developer, # [12] Exhibit Exhibit 6 to Professor Storers Report (Lists of Supported and Unsupported Keywords (excerpts), # [13] Exhibit Exhibit 4 to Professor Storers Report (List of Statements and Options in Proc Mixed), # [14] Exhibit WPL Proc.history, # [15] Exhibit WPL Issue 18078, # [16] Exhibit WPL Issue 13526, # [17] Exhibit WPL Issue 18612, # [18] Exhibit O. Plaistowe Transcript (excerpts), # [19] Text of Proposed Order)(Millen, Pressly) (Entered: 05/13/2020) |
| 05/13/2020 | [325] | REDACTION to [303] Sealed Response to Motion, by Luminex Software, Inc., World Programming Limited. (Attachments: # [1] Curry Declaration, # [2] Exhibit A, # [3] Text of Proposed Order) (Curry, John) (Entered: 05/13/2020) |
| 05/13/2020 | [326] | REDACTION to [298] Sealed Response to Motion,,, *[Corrected] SAS* |

| | | | |
|---|---|---|---|
| | | | *Institute Inc.s Response to Defendants Motion to Strike Portions of the Damages Opinions and Testimony of Dr. Velltuto* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Raymond M. Bennett, # 2 Exhibit Expert Report of Christopher A. Velltuto, Ph.D., # 3 Exhibit Velltuto transcript (excerpts), # 4 Exhibit Expert Report of James A. Storer Concerning Copyright Infringement, # 5 Exhibit Bale Transcript (excerpts), # 6 Exhibit Image of CD for PX223 (Move to WPS Analytics in 3 Easy Steps), # 7 Exhibit Witness Statement of Steven Charles Bagshaw, # 8 Exhibit T. Quarendon NC Transcript (excerpts), # 9 Exhibit P. Quarendon UK Trial Transcript (excerpts), # 10 Exhibit Storer deposition (excerpts), # 11 Exhibit Heath deposition (excerpts), # 12 Text of Proposed Order)(Millen, Pressly) (Entered: 05/13/2020) |
| 05/15/2020 | | 327 | REDACTION to 292 Sealed Response to Motion,, *Plaintiff's Opposition to Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* by SAS Institute Inc.. (Attachments: # 1 Affidavit Declaration of Carrie J. Richey, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Text of Proposed Order Denying Motion)(Mammen, Christian) (Entered: 05/15/2020) |
| 05/18/2020 | 🔒 | 328 | SEALED REPLY to Response to Motion re 264 SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Raymond M. Bennett, # 2 Exhibit SASs Supplemental Response to Interrogatories No. 8 & 9 (without exhibits), dated January 27, 2020, # 3 Exhibit SASs Second Supplemental Response to Interrogatory No. 8 (without exhibits), dated February 24, 2020, # 4 Exhibit Revised Exhibit A to SASs Second Supplemental Response to Interrogatory No. 8, dated February 24, 2020 (excerpt related to SAS 79.5), # 5 Exhibit SAS 79.5 Release Copyright Registration, # 6 Exhibit WPLs Second Supplemental Initial Disclosures, dated February 20, 2020, # 7 Exhibit WPLs Second Supplemental Responses to SAS Interrogatories 2-9, dated February 24, 2020, # 8 Exhibit Charge of the Court, ECF No. 178, Mathworks, Inc. v. Comsol, No. 6:06-cv-00335-LED (E.D. Tex. filed Oct. 20, 2008))(Millen, Pressly) (Entered: 05/18/2020) |
| 05/18/2020 | 🔒 | 329 | SEALED REPLY to Response to Motion re 266 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/18/2020) |
| 05/18/2020 | 🔒 | 330 | SEALED REPLY to Response to Motion re 265 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/18/2020) |
| 05/18/2020 | 🔒 | 331 | SEALED REPLY to Response to Motion re 263 SEALED MOTION |

| | | | |
|---|---|---|---|
| | | | *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* filed by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 05/18/2020) |
| 05/18/2020 | 🔒 | 332 | SEALED SUR-REPLY to Reply to Response to Motion re 259 Opposed SEALED PATENT MOTION *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mammen, Christian) (Entered: 05/18/2020) |
| 05/18/2020 | | 333 | Joint MOTION to Continue *Trial Setting* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/18/2020) |
| 05/19/2020 | 🔒 | 334 | Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | 335 | SEALED PATENT REPLY to Response to PATENT Motion re 273 SEALED PATENT MOTION *Defendants' Motion to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26(a)(2)(B), Rule 37(a)(4), and Rule 37(b)* filed by Luminex Software, Inc., World Programming Limited. (Curry, John) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | 336 | SEALED PATENT REPLY to Response to PATENT Motion re 271 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1)(Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | 337 | SEALED PATENT REPLY to Response to PATENT Motion re 275 SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | 338 | SEALED PATENT REPLY to Response to PATENT Motion re 267 SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* filed by World Programming Limited. (Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | 339 | SEALED PATENT REPLY to Response to PATENT Motion re 268 SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning* |

| | | | |
|---|---|---|---|
| | | | *Patent Infringement filed by Luminex Software, Inc., World Programming Limited.* (Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | [340](#) | SEALED PATENT REPLY to Response to PATENT Motion re [269](#) SEALED PATENT MOTION *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vellturo filed by Luminex Software, Inc., World Programming Limited.* (Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | [341](#) | SEALED PATENT REPLY to Response to PATENT Motion re [270](#) SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose filed by Luminex Software, Inc..* (Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/19/2020 | 🔒 | [342](#) | SEALED PATENT REPLY to Response to PATENT Motion re [272](#) SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability] filed by Luminex Software, Inc., World Programming Limited.* (Attachments: # [1](#) Hamad Declaration, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5 - Part 1 of 4, # [7](#) Exhibit 5 - Part 2 of 4, # [8](#) Exhibit 5 - Part 3 of 4, # [9](#) Exhibit 5 - Part 4 of 4, # [10](#) Exhibit 6)(Caldwell, Bradley) (Entered: 05/19/2020) |
| 05/20/2020 | | [343](#) | REDACTION to [328](#) Sealed Reply to Response to Motion,,,, *(SAS Institute, Inc.'s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* by SAS Institute Inc.. (Attachments: # [1](#) Exhibit Declaration of Raymond M. Bennett, # [2](#) Exhibit SASs Supplemental Response to Interrogatories No. 8 & 9 (without exhibits), dated January 27, 2020, # [3](#) Exhibit SASs Second Supplemental Response to Interrogatory No. 8 (without exhibits), dated February 24, 2020, # [4](#) Exhibit Revised Exhibit A to SASs Second Supplemental Response to Interrogatory No. 8, dated February 24, 2020 (excerpt related to SAS 79.5), # [5](#) Exhibit SAS 79.5 Release Copyright Registration, # [6](#) Exhibit WPLs Second Supplemental Initial Disclosures, dated February 20, 2020, # [7](#) Exhibit WPLs Second Supplemental Responses to SAS Interrogatories 2-9, dated February 24, 2020, # [8](#) Exhibit Charge of the Court, ECF No. 178, Mathworks, Inc. v. Comsol, No. 6:06-cv-00335-LED (E.D. Tex. filed Oct. 20, 2008))(Millen, Pressly) (Entered: 05/20/2020) |
| 05/20/2020 | | [344](#) | REDACTION to [329](#) Sealed Reply to Response to Motion *(Plaintiff's Motion to Exclude Testimony Regarding Counting Lines of Code)* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/20/2020) |
| 05/20/2020 | | [345](#) | REDACTION to [330](#) Sealed Reply to Response to Motion *(Plaintiff's Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* by SAS Institute Inc.. (Millen, Pressly) (Entered: |

| | | |
|---|---|---|
| | | 05/20/2020) |
| 05/20/2020 | 346 | REDACTION to 331 Sealed Reply to Response to Motion *for Partial Summary Judgment on Defendant World Programming Limited's Counterclaims* by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 05/20/2020) |
| 05/20/2020 | 347 | REDACTION to 332 Sealed Sur-Reply to Reply to Response to Motion, *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mammen, Christian) (Entered: 05/20/2020) |
| 05/21/2020 | 348 | REDACTION to 342 Sealed PATENT Reply to Response to PATENT Motion,, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5 - Part 1 of 4, # 7 Exhibit 5 - Part 2 of 4, # 8 Exhibit 5 - Part 3 of 4, # 9 Exhibit 5 - Part 4 of 4, # 10 Exhibit 6)(Caldwell, Bradley) (Entered: 05/21/2020) |
| 05/21/2020 | 349 | REDACTION to 336 Sealed PATENT Reply to Response to PATENT Motion, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1) (Caldwell, Bradley) (Entered: 05/21/2020) |
| 05/21/2020 | 350 | REDACTION to 337 Sealed PATENT Reply to Response to PATENT Motion, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Caldwell, Bradley) (Entered: 05/21/2020) |
| 05/21/2020 | 351 | REDACTION to 334 Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order) (Caldwell, Bradley) (Entered: 05/21/2020) |
| 05/21/2020 | 352 | REDACTION to 338 Sealed PATENT Reply to Response to PATENT Motion, by World Programming Limited. (Caldwell, Bradley) (Entered: 05/21/2020) |
| 05/21/2020 | 353 | REDACTION to 335 Sealed PATENT Reply to Response to PATENT Motion, by Luminex Software, Inc., World Programming Limited. (Curry, John) (Entered: 05/21/2020) |
| 05/22/2020 | 354 | ORDER denying 333 Motion to Continue. Signed by District Judge Rodney Gilstrap on 5/22/2020. (ch, ) (Entered: 05/22/2020) |
| 05/26/2020 | 🔒 355 | SEALED RESPONSE to Motion re 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* filed by SAS Institute Inc.. (Attachments: # 1 Declaration of Samuel B. Hartzell, # 2 Video |

| | | | |
|---|---|---|---|
| | | | Deposition of Keith Collins (Feb. 24, 2020), # 3 System Structure & Design, # 4 Text of Proposed Order)(Hartzell, Samuel) (Entered: 05/26/2020) |
| 05/26/2020 | 🔒 | 356 | SEALED SUR-REPLY to Reply to Response to Motion re 264 SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Caldwell, Bradley) (Entered: 05/26/2020) |
| 05/26/2020 | 🔒 | 357 | SEALED SUR-REPLY to Reply to Response to Motion re 263 SEALED MOTION *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* filed by World Programming Limited. (Caldwell, Bradley) (Entered: 05/26/2020) |
| 05/26/2020 | 🔒 | 358 | SEALED SUR-REPLY to Reply to Response to Motion re 265 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* filed by Luminex Software, Inc., World Programming Limited. (Curry, John) (Entered: 05/26/2020) |
| 05/26/2020 | 🔒 | 359 | SEALED SUR-REPLY to Reply to Response to Motion re 266 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* filed by Luminex Software, Inc., World Programming Limited. (Caldwell, Bradley) (Entered: 05/26/2020) |
| 05/27/2020 | 🔒 | 360 | SEALED SUR-REPLY to Reply to Response to Motion re 271 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit SAS 9.4 Graph Template Language User's Guide (Third Edition) (excerpts), # 3 Exhibit Email from Tony McLoughlin, March 23, 2015)(Millen, Pressly) (Entered: 05/27/2020) |
| 05/27/2020 | 🔒 | 361 | SEALED SUR-REPLY to Reply to Response to Motion re 272 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/27/2020) |
| 05/27/2020 | 🔒 | 362 | SEALED SUR-REPLY to Reply to Response to Motion re 269 SEALED PATENT MOTION *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vellturo* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/27/2020) |
| 05/27/2020 | | 363 | SUR-REPLY to Reply to Response to Motion re 268 SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning Patent Infringement* filed by SAS Institute Inc.. (Mammen, Christian) (Entered: 05/27/2020) |
| | | | |

| 05/27/2020 | | 364 | SUR-REPLY to Reply to Response to Motion re 273 SEALED PATENT MOTION *Defendants' Motion to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26(a)(2)(B), Rule 37(a)(4), and Rule 37(b) filed by SAS Institute Inc..* (Mammen, Christian) (Entered: 05/27/2020) |
|------------|---|-----|---|
| 05/27/2020 | 🔒 | 365 | SEALED SUR-REPLY to Reply to Response to Motion re 270 SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit A)(Mammen, Christian) (Entered: 05/27/2020) |
| 05/27/2020 | 🔒 | 366 | SEALED SUR-REPLY to Reply to Response to Motion re 275 SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Witness Statement of Declan Vibert)(Millen, Pressly) (Entered: 05/27/2020) |
| 05/27/2020 | | 367 | SUR-REPLY to Reply to Response to Motion re 267 SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment filed by SAS Institute Inc..* (Hartzell, Samuel) (Entered: 05/27/2020) |
| 05/28/2020 | | 368 | REDACTION to 356 Sealed Sur-Reply to Reply to Response to Motion, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Caldwell, Bradley) (Entered: 05/28/2020) |
| 05/28/2020 | | 369 | REDACTION to 365 Sealed Sur-Reply to Reply to Response to Motion, *re 270 SEALED PATENT MOTION Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* by SAS Institute Inc.. (Attachments: # 1 Exhibit A)(Mammen, Christian) (Entered: 05/28/2020) |
| 05/28/2020 | | 370 | REDACTION to 359 Sealed Sur-Reply to Reply to Response to Motion by Luminex Software, Inc., World Programming Limited. (Caldwell, Bradley) (Entered: 05/28/2020) |
| 05/28/2020 | | 371 | REDACTION to 355 Sealed Response to Motion, *Defendants' Motion to Strike Portions of the Declaration of Keith Collins* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Samuel B. Hartzell, # 2 Exhibit Video Deposition of Keith Collins (Feb. 24, 2020), # 3 Exhibit System Structure & Design, # 4 Text of Proposed Order)(Hartzell, Samuel) (Entered: 05/28/2020) |
| 05/28/2020 | | 372 | REDACTION to 360 Sealed Sur-Reply to Reply to Response to Motion, *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly |

| | | |
|---|---|---|
| | | M. Millen, # 2 Exhibit SAS 9.4 Graph Template Language User's Guide (Third Edition) (excerpts), # 3 Exhibit Email from Tony McLoughlin, March 23, 2015))(Millen, Pressly) (Entered: 05/28/2020) |
| 05/28/2020 | 373 | REDACTION to 361 Sealed Sur-Reply to Reply to Response to Motion, *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/28/2020) |
| 05/28/2020 | 374 | REDACTION to 366 Sealed Sur-Reply to Reply to Response to Motion, *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Exhibit Witness Statement of Declan Vibert) (Millen, Pressly) (Entered: 05/28/2020) |
| 05/28/2020 | 375 | REDACTION to 357 Sealed Sur-Reply to Reply to Response to Motion by World Programming Limited. (Caldwell, Bradley) (Entered: 05/28/2020) |
| 05/29/2020 | 376 | REDACTION to 362 Sealed Sur-Reply to Reply to Response to Motion *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vellturo* by SAS Institute Inc.. (Millen, Pressly) (Entered: 05/29/2020) |
| 06/01/2020 | 🔒 377 | Opposed SEALED MOTION *Plaintiff SAS Institute Inc.'s Motions In Limine* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Mammen, Christian) (Additional attachment(s) added on 6/2/2020: # 8 Text of Proposed Order) (ch, ). (Entered: 06/01/2020) |
| 06/01/2020 | 🔒 378 | Opposed SEALED PATENT MOTION *World Programming's Motions in Limine* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/01/2020) |
| 06/01/2020 | 379 | NOTICE by World Programming Limited *Notice of Joint Stipulation Relating to Certain Motions in Limine* (Caldwell, Bradley) (Entered: 06/01/2020) |
| 06/01/2020 | 380 | ***FILED IN ERROR***<br><br>Additional Attachments to Main Document: 377 Opposed SEALED MOTION *Plaintiff SAS Institute Inc.'s Motions In Limine*.. (Mammen, Christian) Modified on 6/2/2020 (ch, ). (Entered: 06/01/2020) |
| 06/02/2020 | | ***FILED IN ERROR. ORDERS ARE NOT FILED AS A SEPARATE DOCUMENT Document # 380, Additional attachment. PLEASE IGNORE.*** |

| | | |
|---|---|---|
| | | (ch, ) (Entered: 06/02/2020) |
| 06/02/2020 | 381 | REDACTION to 377 Opposed SEALED MOTION *Plaintiff SAS Institute Inc.'s Motions In Limine* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Mammen, Christian) (Entered: 06/02/2020) |
| 06/02/2020 | 🔒 382 | SEALED RESPONSE to Motion re 334 Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* filed by SAS Institute Inc.. (Attachments: # 1 Declaration of Samuel B. Hartzell (June 2, 2020), # 2 Plaintiff SAS Institute Inc.s Pretrial Witness List (May 12, 2020), # 3 Text of Proposed Order)(Hartzell, Samuel) (Entered: 06/02/2020) |
| 06/02/2020 | 🔒 383 | SEALED REPLY to Response to Motion re 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A)(Caldwell, Bradley) (Entered: 06/02/2020) |
| 06/02/2020 | 384 | REDACTION to 358 Sealed Sur-Reply to Reply to Response to Motion by Luminex Software, Inc., World Programming Limited. (Curry, John) (Entered: 06/02/2020) |
| 06/03/2020 | 385 | REDACTION to 378 Opposed SEALED PATENT MOTION *World Programming's Motions in Limine* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/03/2020) |
| 06/04/2020 | 386 | REDACTION to 382 Sealed Response to Motion, *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Samuel B. Hartzell, # 2 Exhibit Pretrial Witness List, # 3 Text of Proposed Order)(Hartzell, Samuel) (Entered: 06/04/2020) |
| 06/04/2020 | 387 | REDACTION to 383 Sealed Reply to Response to Motion, by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit A)(Caldwell, Bradley) (Entered: 06/04/2020) |
| 06/04/2020 | 🔒 388 | Opposed SEALED MOTION *World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/04/2020) |
| 06/05/2020 | 389 | Joint MOTION to Continue *World Programming Limited and SAS* |

| | | *Institute Inc.'s Renewal of their Joint Motion to Continue Trial Setting [Dkt. 333]* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/05/2020) |
|---|---|---|
| 06/05/2020 | 390 | ORDER re 388 Opposed SEALED MOTION *World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* filed by World Programming Limited. Signed by District Judge Rodney Gilstrap on 6/5/2020. (nkl, ) (Entered: 06/05/2020) |
| 06/08/2020 | 391 | NOTICE by World Programming Limited *Request for Daily Transcripts and Real Time Reporting of Court Proceedings* (Caldwell, Bradley) (Entered: 06/08/2020) |
| 06/08/2020 | 392 | NOTICE by SAS Institute Inc. *OF REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS* (Smith, Michael) (Entered: 06/08/2020) |
| 06/08/2020 | 393 | ORDER granting in part 389 Motion to Continue. Signed by District Judge Rodney Gilstrap on 6/8/2020. (ch, ) (Entered: 06/08/2020) |
| 06/08/2020 | 394 | REDACTION to 388 Opposed SEALED MOTION *World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/08/2020) |
| 06/09/2020 | 🔒 395 | SEALED MOTION *Luminex Software, Inc.'s Motion to Dismiss in View of Settlement Agreement* by Luminex Software, Inc.. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/09/2020) |
| 06/09/2020 | 🔒 396 | SEALED PATENT REPLY to Response to PATENT Motion re 334 Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* filed by Luminex Software, Inc., World Programming Limited. (Attachments: # 1 Hamad Declaration, # 2 Exhibit 1)(Caldwell, Bradley) (Entered: 06/09/2020) |
| 06/10/2020 | 🔒 397 | SEALED SUR-REPLY to Reply to Response to Motion re 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* filed by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 06/10/2020) |
| 06/10/2020 | 398 | Joint MOTION to Amend/Correct 258 Order on Motion to Amend/Correct *Sixth Amended Docket Control Order, terminate motions, scheduling order, with the text of proposed order attached* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order Seventh Amended Docket Control Order)(Mammen, Christian) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/10/2020) |
| 06/11/2020 | | 399 | REDACTION to 395 SEALED MOTION *Luminex Software, Inc.'s Motion to Dismiss in View of Settlement Agreement* by Luminex Software, Inc.. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Caldwell, Bradley) (Entered: 06/11/2020) |
| 06/12/2020 | | 400 | REDACTION to 397 Sealed Sur-Reply to Reply to Response to Motion *(Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1))* by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 06/12/2020) |
| 06/12/2020 | | 401 | AMENDED DOCKET CONTROL ORDER granting 398 Joint MOTION to Amend/Correct 258 Order on Motion to Amend/Correct *Sixth Amended Docket Control Order Pretrial Conference set for 8/24/2020 and 8/25/2020 at 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 9/14/2020 09:00AM before District Judge Rodney Gilstrap., Proposed Pretrial Order due by 6/29/2020. Signed by District Judge Rodney Gilstrap on 6/12/2020. (ch, ) Modified on 8/5/2020 (klc, ). (Entered: 06/12/2020)* |
| 06/15/2020 | 🔒 | 402 | SEALED RESPONSE to Motion re 388 Opposed SEALED MOTION *World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Raymond M. Bennett, # 2 Exhibit Settlement Agreement between SAS Institute Inc. and Angoss Software Corp., # 3 Exhibit Supplemental Expert Report of Philip Green Regarding Damages, # 4 Exhibit Second Supplemental Expert Report of Philip Green Regarding Damages, # 5 Exhibit Supplemental Report of Christopher A. Vellturo, Ph.D., # 6 Exhibit Errata to Expert Report of Christopher A. Vellturo, Ph.D., # 7 Text of Proposed Order) (Millen, Pressly) (Entered: 06/15/2020) |
| 06/16/2020 | | | Set Deadlines/Hearings: Final Pretrial Conference set for 8/25/2020 09:00 AM before District Judge Rodney Gilstrap. (klc, ) (Entered: 06/16/2020) |
| 06/17/2020 | | 403 | REDACTION to 402 Sealed Response to Motion,, re *388 Opposed SEALED MOTION World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Raymond M. Bennett, # 2 Exhibit Settlement Agreement between SAS Institute Inc. and Angoss Software Corporation, # 3 Exhibit Supplemental Expert Report of Philip Green Regarding Damages, # 4 Exhibit Second Supplemental Expert Report of Philip Green Regarding Damages, # 5 Exhibit Supplemental Report of Christopher A. Vellturo, Ph.D., # 6 Exhibit Errata to Expert Report of Christopher A. Vellturo, Ph.D., # 7 Text of Proposed Order) (Millen, Pressly) (Entered: 06/17/2020) |

| 06/17/2020 | | 404 | SUR-REPLY to Reply to Response to Motion re 334 Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* filed by SAS Institute Inc.. (Hartzell, Samuel) (Entered: 06/17/2020) |
| --- | --- | --- | --- |
| 06/17/2020 | 🔒 | 405 | SEALED RESPONSE to Motion re 395 SEALED MOTION *Luminex Software, Inc.'s Motion to Dismiss in View of Settlement Agreement* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit January 10, 2020 email between YUM/Pizza Hut counsel and SAS counsel, # 3 Exhibit March 4, 2020 email between Shaw Industries counsel and SAS counsel, # 4 Exhibit March 17, 2020 email between Shaw Industries counsel and SAS counsel, # 5 Exhibit Letter from SAS Counsel, dated April 28, 2020, # 6 Exhibit Letter from SAS Counsel, dated May 4, 2020, # 7 Exhibit Letter to SAS Counsel, dated May 21, 2020, # 8 Exhibit Letter from SAS Counsel, dated May 22, 2020, # 9 Exhibit Luminex Counsel Letter, dated May 22, 2020, # 10 Exhibit Draft Notice under Rule 41(a)(2))(Millen, Pressly) (Entered: 06/17/2020) |
| 06/17/2020 | 🔒 | 406 | SEALED REPLY to Response to Motion re 395 SEALED MOTION *Luminex Software, Inc.'s Motion to Dismiss in View of Settlement Agreement* filed by Luminex Software, Inc.. (Attachments: # 1 Declaration of Eric Christensen)(Caldwell, Bradley) (Entered: 06/17/2020) |
| 06/29/2020 | 🔒 | 407 | SEALED RESPONSE to Motion re 378 Opposed SEALED PATENT MOTION *World Programming's Motions in Limine* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Excerpts of the Deposition of James H. Goodnight, Ph.D., # 3 Exhibit Excerpts of the Deposition of John Boswell, # 4 Exhibit Excerpts of the Deposition of Rich Tapley, # 5 Exhibit Excerpts of the Rebuttal Expert Report of Philip Green Regarding Damages)(Millen, Pressly) (Entered: 06/29/2020) |
| 06/29/2020 | | 408 | Proposed Pretrial Order *Joint Pretrial Order* by SAS Institute Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F.1, # 7 Exhibit F.2, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Mammen, Christian) (Entered: 06/29/2020) |
| 06/29/2020 | | 409 | NOTICE by SAS Institute Inc. re 408 Proposed Pretrial Order, *Joint Proposed Jury Instructions General Instructions, Copyright and Patent* (Mammen, Christian) (Entered: 06/29/2020) |
| 06/29/2020 | | 410 | NOTICE by SAS Institute Inc. re 408 Proposed Pretrial Order, *Joint Proposed Jury Instructions Concerning WPL's Counterclaims* (Mammen, Christian) (Entered: 06/29/2020) |
| 06/29/2020 | | 411 | NOTICE by World Programming Limited *Notice of Filing of Proposed Verdict Form* (Attachments: # 1 Exhibit A - WPL's |

| | | | |
|---|---|---|---|
| | | | Proposed Verdict Form)(Caldwell, Bradley) (Entered: 06/29/2020) |
| 06/29/2020 | 🔒 | 412 | SEALED PATENT DOCUMENT. World Programming's Findings of Fact and Conclusions of Law Concerning Copyrights. (Caldwell, Bradley) (Entered: 06/29/2020) |
| 06/29/2020 | | 413 | NOTICE by SAS Institute Inc. re 408 Proposed Pretrial Order, *SAS's Proposed Verdict Form* (Mammen, Christian) (Entered: 06/29/2020) |
| 06/29/2020 | 🔒 | 414 | SEALED RESPONSE to Motion re 377 Opposed SEALED MOTION *Plaintiff SAS Institute Inc.'s Motions In Limine* filed by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Text of Proposed Order) (Caldwell, Bradley) (Entered: 06/29/2020) |
| 07/01/2020 | | 415 | REDACTION to 412 Sealed Patent Document by World Programming Limited. (Caldwell, Bradley) (Entered: 07/01/2020) |
| 07/01/2020 | | 416 | REDACTION to 414 Sealed Response to Motion, by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Text of Proposed Order)(Caldwell, Bradley) (Entered: 07/01/2020) |
| 07/01/2020 | | 417 | REDACTION to 407 Sealed Response to Motion,, re *378 Opposed SEALED PATENT MOTION World Programming's Motions in Limine* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit Excerpts of the Deposition of James H. Goodnight, Ph.D., # 3 Exhibit Excerpts of the Deposition of John Boswell, # 4 Exhibit Excerpts of the Deposition of Rich Tapley, # 5 Exhibit Excerpts of the Rebuttal Expert Report of Philip Green Regarding Damages)(Millen, Pressly) (Entered: 07/01/2020) |
| 07/08/2020 | 🔒 | 418 | Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Caldwell, Bradley) (Entered: 07/08/2020) |
| 07/09/2020 | | 419 | REDACTION to 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order) (Caldwell, Bradley) (Entered: 07/09/2020) |
| 07/22/2020 | 🔒 | 420 | SEALED RESPONSE to Motion re 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* filed by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit July 7, 2020 Email |

| | | | |
|---|---|---|---|
| | | | Communications between WPL Counsel and SAS Counsel)(Millen, Pressly) (Entered: 07/22/2020) |
| 07/23/2020 | | 421 | REDACTION to 420 Sealed Response to Motion, *re 418 Opposed SEALED MOTION World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* by SAS Institute Inc.. (Attachments: # 1 Exhibit Declaration of Pressly M. Millen, # 2 Exhibit July 7, 2020 Email Communications between WPL Counsel and SAS Counsel)(Millen, Pressly) (Entered: 07/23/2020) |
| 07/29/2020 | 🔒 | 422 | SEALED REPLY to Response to Motion re 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* filed by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B)(Caldwell, Bradley) (Entered: 07/29/2020) |
| 07/31/2020 | | 423 | REDACTION to 422 Sealed Reply to Response to Motion, by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B)(Caldwell, Bradley) (Entered: 07/31/2020) |
| 08/05/2020 | 🔒 | 424 | SEALED SUR-REPLY to Reply to Response to Motion re 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 08/05/2020) |
| 08/05/2020 | | 425 | MOTION to Continue *World Programming Limited's Motion to Reschedule the Pretrial Conference* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Caldwell, Bradley) (Entered: 08/05/2020) |
| 08/06/2020 | | 426 | SUR-REPLY to Reply to Response to Motion re 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* filed by SAS Institute Inc.. (Millen, Pressly) (Entered: 08/06/2020) |
| 08/10/2020 | | 427 | NOTICE by World Programming Limited re 425 MOTION to Continue *World Programming Limited's Motion to Reschedule the Pretrial Conference Notice of Mootness of Its Motion to Reschedule the Pretrial Conference* (Fair, Andrea) (Entered: 08/10/2020) |
| 08/12/2020 | | 428 | NOTICE by World Programming Limited *World Programming Limited's Notice of Supplemental Authority Re: Dkt. Nos. 264, 271, 272, and 275* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Caldwell, Bradley) (Entered: 08/12/2020) |
| 08/17/2020 | | | NOTICE of Hearing: Jury Selection RESET for 9/10/2020 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 08/17/2020) |

| 08/19/2020 | 429 | NOTICE by SAS Institute Inc. *REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS* (Smith, Michael) (Entered: 08/19/2020) |
|---|---|---|
| 08/19/2020 | 430 | NOTICE by World Programming Limited *Request for Daily Transcripts and Real Time Reporting of Court Proceedings* (Caldwell, Bradley) (Entered: 08/19/2020) |
| 08/20/2020 | 431 | ORDER REGARDING EXHIBITS. Signed by District Judge Rodney Gilstrap on 8/19/2020. (nkl, ) (Entered: 08/20/2020) |
| 08/20/2020 | 432 | NOTICE of Attorney Appearance by Robert Seth Reich, Jr on behalf of World Programming Limited (Reich, Robert) (Entered: 08/20/2020) |
| 08/24/2020 | 433 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Initial Pretrial Conference held on 8/24/2020. (Court Reporter Shelly Holmes, CSR-TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) (Entered: 08/24/2020) |
| 08/24/2020 | 🔒 | (Court only) ***Deadlines terminated. (jml, ) (Entered: 08/24/2020) |
| 08/24/2020 | 🔒 | (Court only) ***Deadlines terminated. (jml, ) (Entered: 08/24/2020) |
| 08/24/2020 | 434 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motions Hearing held on 8/24/2020 re 210 SEALED MOTION *for Leave to File Second Amended Complaint* filed by SAS Institute Inc., 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc.* filed by World Programming Limited. (Court Reporter Shelly Holmes, CSR-TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) (Entered: 08/24/2020) |
| 08/24/2020 | 435 | ORDER granting 395 Sealed Motion to Dismiss in View ofSettlement Agreement. Signed by District Judge Rodney Gilstrap on 8/24/2020. (ch, ) (Entered: 08/24/2020) |
| 08/24/2020 | 🔒 | (Court only) *** Party Luminex Software, Inc. terminated., *** Attorney John Austin Curry; Hamad M Hamad; John Franklin Summers; Bailey Alexandra Blaies and Bradley Wayne Caldwell terminated. (ch, ) (Entered: 08/24/2020) |
| 08/24/2020 | 436 | ORDER AS TO COPYRIGHT ABILITY 425 MOTION to Continue *World Programming Limited's Motion to Reschedule the Pretrial Conference; denied 418 Opposed SEALED MOTION World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc. Pretrial Conference set for 11/24/2020 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 1/4/2021 09:00AM before District Judge Rodney Gilstrap. ORDERED to appear for a copyrightability hearing before theCourt on Wednesday, October 14, 2020. Signed by District Judge Rodney Gilstrap on 8/24/2020.* (ch, ) |

| | | |
|---|---|---|
| | | *(Entered: 08/24/2020)* |
| 08/24/2020 | | Copyrightability Hearing set for 10/14/2020 09:00 AM before District Judge Rodney Gilstrap. (ch, ) (Entered: 08/25/2020) |
| 08/25/2020 | 🔒 | (Court only) ***Motions terminated: (PER ORDER # 436) [274] SEALED PATENT MOTION *Defendants' Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, [264] SEALED MOTION *(Sas Institute, Inc.s Motion for Partial Summary Judgment on Its Copyright Infringement Claims)* filed by SAS Institute Inc., [267] SEALED PATENT MOTION *World Programming Limited's Motion for Partial Summary Judgment of No Copyright Infringement Based on Preclusive Impact of North Carolina Judgment* filed by World Programming Limited, [259] Opposed SEALED PATENT MOTION *Patent Defendants' Motion to Strike Plaintiff's Untimely Fourth Infringement Contentions* filed by Pizza Hut, Inc., Yum! Brands, Inc., World Programming Limited, [196] MOTION to Amend/Correct *Motion for Leave to Amend Infringement Contentions* filed by SAS Institute Inc., [180] SEALED MOTION *to Dismiss Amended Counterclaims* filed by SAS Institute Inc., [266] SEALED MOTION *(Plaintiffs Motion to Exclude Testimony Regarding Counting Lines of Code)* filed by SAS Institute Inc., [263] SEALED MOTION *for Partial Summary Judgment on Defendant World Programming Limiteds Counterclaims* filed by SAS Institute Inc., [222] MOTION to Compel *Plaintiff's Motion to Enforce Prior Order Concerning Production of Executables* filed by SAS Institute Inc., [268] SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Opinion and Testimony of Dr. James Storer Concerning Patent Infringement* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, [228] Unopposed MOTION for Leave to File Excess Pages filed by World Programming Limited, [218] Unopposed MOTION for Leave to File Excess Pages filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, [388] Opposed SEALED MOTION *World Programming's Motion for Leave to Serve Supplemental Expert Reports of WPL's Damages Expert Mr. Green* filed by World Programming Limited, [238] SEALED MOTION *to Compel WPL's Production of SASHELP Files* filed by SAS Institute Inc., [233] Joint MOTION to Take Deposition from Dr. James Goodnight and Mr. Craig Rubendell *Outside the Fact Discovery Period* filed by Pizza Hut, Inc., Yum! Brands, Inc., Luminex Software, Inc., World Programming Limited, [275] SEALED PATENT MOTION *Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, [162] MOTION to Dismiss *Counterclaims* filed by SAS Institute Inc., [273] SEALED PATENT MOTION *Defendants' Motion* |

| | | | |
|---|---|---|---|
| | | | *to Strike SAS Institute Inc.'s Expert Dr. Storer for Violating Rule 26 (a)(2)(B), Rule 37(a)(4), and Rule 37(b)* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, 269 SEALED PATENT MOTION *Defendants' Motion to Stike Portions of the Damages Opinions and Testimony of Dr. Vellturo* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, 334 Opposed SEALED PATENT MOTION *Defendants' Motion to Strike Portions of the Second Declaration of Keith Collins (Dkt. No. 296-3) and the Declaration of Dr. Luke Seed (Dkt. No. 297-3)* filed by Luminex Software, Inc., World Programming Limited, 265 SEALED MOTION *(Plaintiffs Motion to Exclude Testimony of Non-Retained Expert Oliver Robinson)* filed by SAS Institute Inc., 377 Opposed SEALED MOTION *Plaintiff SAS Institute Inc.'s Motions In Limine* filed by SAS Institute Inc., 272 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability]* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, 291 Unopposed MOTION for Leave to File Excess Pages filed by SAS Institute Inc., 308 Opposed SEALED MOTION *Defendants' Motion to Strike Portions of the Declaration of Keith Collins (Dkt. No. 264-1)* filed by Luminex Software, Inc., World Programming Limited, 219 Opposed SEALED MOTION *Defendants' Renewed Motion to Compel Responses to Interrogatories No. 8 and 9* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited, 378 Opposed SEALED PATENT MOTION *World Programming's Motions in Limine* filed by World Programming Limited, 270 SEALED PATENT MOTION *Luminex Software, Inc.'s Motion for Summary Judgment and Request for Attorney's Fees Based on SAS Institute, Inc.'s Baseless Litigation Pursued for an Improper Purpose* filed by Luminex Software, Inc., 251 Opposed MOTION for Attorney Fees filed by World Programming Limited, 210 SEALED MOTION *for Leave to File Second Amended Complaint* filed by SAS Institute Inc., 271 SEALED PATENT MOTION *Defendants' Motion for Partial Summary Judgment against Plaintiff's Copyright Infringement Claims [Actionable Copying]* filed by Pizza Hut, Inc., Yum! Brands, Inc., Shaw Industries Group, Inc., Luminex Software, Inc., World Programming Limited. (ch, ) (Entered: 08/25/2020) |
| 08/25/2020 | | 437 | ORDER granting in part 418 Opposed SEALED MOTION *World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc. Deposition to take place on or before 9/30/2020. Signed by District Judge Rodney Gilstrap on 8/25/2020. (ch, ) (Entered: 08/26/2020) |
| 08/25/2020 | 🔒 | 438 | *SEALED* SEALED ORDER. Signed by District Judge Rodney Gilstrap on 8/25/2020. (ch, ) (Entered: 08/26/2020) |
| | | | |

| 08/27/2020 | 🔓 439 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 8/24/20 (Pretrial Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 923-7464 (Shelly_Holmes@txed.uscourts.gov). <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 9/17/2020. Release of Transcript Restriction set for 11/25/2020. (sholmes, ) (Entered: 08/27/2020) |
| 08/27/2020 | 440 | NOTICE of Designation of Attorney in Charge to Pressly M. Millen on behalf of SAS Institute Inc. (Millen, Pressly) (Entered: 08/27/2020) |
| 09/07/2020 | 🔒 441 | Sealed Document (Opening Brief in Support of Plaintiff's Position for Copyrightability Hearing). (Attachments: # 1 Exhibit Cisco Sys., Inc. v. Arista Networks, Inc., No. 14-cv-05344-BLF, slip op. (N.D. Cal. Dec. 9, 2016), # 2 Exhibit Declaration of James A. Storer, # 3 Exhibit 3.2.20 Expert Report, # 4 Exhibit Exhibit 3 to Expert Report, # 5 Exhibit Exhibit 4 to Expert Report, # 6 Exhibit Exhibit 7 to Expert Report, # 7 Exhibit Exhibit 8 to Expert Report, # 8 Exhibit Exhibit 9 to Expert Report, # 9 Exhibit Declaration of Pressly M. Millen, # 10 Exhibit Excerpts of the Deposition of Keith Collins, dated 2.24.20, # 11 Exhibit WPLs Supplemental Responses to Plaintiffs First Interrogatories, dated 12.17.13, # 12 Exhibit World Programming System (WPS), Quick Reference for Language Support Concerning Statistical Analysis, WPS Version 3.2.3, dated 10.3.16 [Pls. Ex. 275])(Millen, Pressly) (Entered: 09/07/2020) |
| 09/08/2020 | 🔒 442 | Sealed Document - Plaintiff SAS Institute Inc.'s Answer to Defendant World Programming Limited's First Amended Counterclaims. (Millen, Pressly) (Entered: 09/08/2020) |
| 09/08/2020 | 443 | PAPER TRANSCRIPT REQUEST by World Programming Limited for proceedings held on 8/24/2020 Pretrial Conference and Motions Hearing before Judge Gilstrap. (McCarty, Warren) (Forwarded to Shelly Holmes) Modified on 9/9/2020 (ch, ). (Entered: 09/08/2020) |
| 09/09/2020 | 444 | REDACTION to 441 Sealed Document,,, *(Opening Brief in Support of Plaintiff's Position for Copyrightability Hearing).* by SAS Institute Inc.. (Attachments: # 1 Exhibit Cisco Sys., Inc. v. Arista Networks, Inc., No. 14-cv-05344-BLF, slip op. (N.D. Cal. Dec. 9, 2016), # 2 Exhibit Declaration of James A. Storer, # 3 Exhibit 3.2.20 Expert Report, # 4 Exhibit Exhibit 3 to Expert Report, # 5 Exhibit Exhibit 4 to Expert Report, # 6 Exhibit Exhibit 7 to Expert Report, # |

| | | |
|---|---|---|
| | | <u>7</u> Exhibit Exhibit Exhibit 8 to Expert Report, # <u>8</u> Exhibit Exhibit 9 to Expert Report, # <u>9</u> Exhibit Declaration of Pressly M. Millen, # <u>10</u> Exhibit Excerpts of the Deposition of Keith Collins, dated 2.24.20, # <u>11</u> Exhibit WPLs Supplemental Responses to Plaintiffs First Interrogatories, dated 12.17.13, # <u>12</u> Exhibit World Programming System (WPS), Quick Reference for Language Support Concerning Statistical Analysis, WPS Version 3.2.3, dated 10.3.16 [Pls. Ex. 275])(Millen, Pressly) (Entered: 09/09/2020) |
| 09/10/2020 | <u>445</u> | REDACTION to <u>442</u> Sealed Document *Plaintiff SAS Institute Inc.'s Answer to Defendant World Programming Limited's First Amended Counterclaims* by SAS Institute Inc.. (Millen, Pressly) (Entered: 09/10/2020) |
| 09/14/2020 | <u>446</u> | Amicus Curiae APPEARANCE entered by Anna Rotman on behalf of Oracle Corporation. (Rotman, Anna) (Entered: 09/14/2020) |
| 09/14/2020 | <u>447</u> | MOTION for Leave to File *Brief as Amicus Curiae* by Oracle Corporation. (Attachments: # <u>1</u> Exhibit A - Brief of Oracle Corporation as Amicue Curiae In Support of Plaintiff SAS Institute Inc.)(Rotman, Anna) (Entered: 09/14/2020) |
| 09/15/2020 | <u>448</u> | NOTICE of Attorney Appearance - Pro Hac Vice by Joshua L Simmons on behalf of Oracle Corporation. Filing fee $ 100, receipt number 0540-8003674. (Simmons, Joshua) (Entered: 09/15/2020) |
| 09/16/2020 | <u>449</u> | NOTICE of Attorney Appearance - Pro Hac Vice by Dale M Cendali on behalf of Oracle Corporation. Filing fee $ 100, receipt number 0540-8005794. (Cendali, Dale) (Entered: 09/16/2020) |
| 09/16/2020 | <u>450</u> | NOTICE of Designation of Attorney in Charge to Dale M Cendali on behalf of Oracle Corporation (Cendali, Dale) (Entered: 09/16/2020) |
| 09/21/2020 | 🔒 <u>451</u> | SEALED RESPONSIVE BRIEF FOR COPYRIGHTABILITY HEARING by World Programming Limited to <u>441</u> Sealed Document, filed by World Programming Limited. (Attachments: # <u>1</u> McCarty Declaration, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Exhibit E, # <u>7</u> Exhibit F, # <u>8</u> Exhibit G, # <u>9</u> Exhibit H, # <u>10</u> Exhibit I, # <u>11</u> Exhibit J, # <u>12</u> Exhibit K, # <u>13</u> Exhibit L, # <u>14</u> Exhibit M, # <u>15</u> Exhibit N, # <u>16</u> Exhibit O, # <u>17</u> Exhibit P, # <u>18</u> Exhibit Q, # <u>19</u> Appendix A, # <u>20</u> Appendix B, # <u>21</u> Appendix C, # <u>22</u> Appendix D, # <u>23</u> Appendix E, # <u>24</u> Appendix F, # <u>25</u> Jones Declaration (Ex. 1 and A-F), # <u>26</u> Jones Declaration (G Part 1 of 2), # <u>27</u> Jones Declaration (G Part 2 of 2), # <u>28</u> Jones Declaration (H), # <u>29</u> Jones Declaration (I Part 1 of 3), # <u>30</u> Jones Declaration (I Part 2 of 3), # <u>31</u> Jones Declaration (I Part 3 of 3), # <u>32</u> Jones Declaration (J Part 1 of 2), # <u>33</u> Jones Declaration (J Part 2 of 2))(Caldwell, Bradley) (Entered: 09/21/2020) |
| 09/23/2020 | <u>452</u> | REDACTION to <u>451</u> Response to Non-Motion,,, by World Programming Limited. (Attachments: # <u>1</u> McCarty Declaration, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Exhibit E, |

| | | | |
|---|---|---|---|
| | | | # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Appendix A, # 20 Appendix B, # 21 Appendix C, # 22 Appendix D, # 23 Appendix E, # 24 Appendix F, # 25 Jones Declaration (Ex. 1 and A-F), # 26 Jones Declaration (G Part 1 of 2), # 27 Jones Declaration (G Part 2 of 2), # 28 Jones Declaration (H), # 29 Jones Declaration (I Part 1 of 3), # 30 Jones Declaration (I Part 2 of 3), # 31 Jones Declaration (I Part 3 of 3), # 32 Jones Declaration (J Part 1 of 2), # 33 Jones Declaration (J Part 2 of 2))(Caldwell, Bradley) (Entered: 09/23/2020) |
| 09/25/2020 | 🔒 | 453 | Sealed Document -- Reply Brief in Support of Plaintiff's Position for Copyrightability Hearing. (Millen, Pressly) (Entered: 09/25/2020) |
| 09/29/2020 | | 454 | REDACTION to 453 Sealed Document *(Reply Brief in Support of Plaintiff's Position for Copyrightability Hearing)* by SAS Institute Inc.. (Millen, Pressly) (Entered: 09/29/2020) |
| 09/29/2020 | | 455 | RESPONSE to Motion re 447 MOTION for Leave to File *Brief as Amicus Curiae filed by World Programming Limited.* (Caldwell, Bradley) (Entered: 09/29/2020) |
| 10/02/2020 | 🔒 | 456 | Sealed Document. World Programming Ltd.'s Surreply Brief for Copyrightability Hearing (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B)(Caldwell, Bradley) (Entered: 10/02/2020) |
| 10/02/2020 | | 457 | MOTION Motion to Renew Dkt. Nos. 275 & 308 by World Programming Limited. (Caldwell, Bradley) (Additional attachment (s) added on 10/5/2020: # 1 Text of Proposed Order) (ch, ). (Entered: 10/02/2020) |
| 10/06/2020 | | 458 | REDACTION to 456 Sealed Document by World Programming Limited. (Attachments: # 1 McCarty Declaration, # 2 Exhibit A, # 3 Exhibit B)(Caldwell, Bradley) (Entered: 10/06/2020) |
| 10/13/2020 | 🔒 | 459 | SEALED PATENT MOTION *Defendants' Motion to Exclude Keith Collins from the Copyrightability Hearing* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Curry, John) (Entered: 10/13/2020) |
| 10/14/2020 | | 460 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Copyrightability Hearing held on 10/14/2020. (Court Reporter Shelly Holmes, CSR-TCRR.) (Attachments: # 1 Attorney Attendance Sheet, # 2 Exhibit List) (jml) (Entered: 10/14/2020) |
| 10/15/2020 | | 461 | REDACTION to 459 SEALED PATENT MOTION *Defendants' Motion to Exclude Keith Collins from the Copyrightability Hearing* by World Programming Limited. (Attachments: # 1 Text of Proposed Order)(Curry, John) (Entered: 10/15/2020) |
| 10/16/2020 | | 462 | NOTICE by SAS Institute Inc. *Plaintiff's Notice of Filing of Slides* |

| | | |
|---|---|---|
| | | *Shown by Plaintiff at Copyrightability Hearing* (Attachments: # 1 Exhibit Slides from 10.14.20 Copyrightability Hearing)(Millen, Pressly) (Entered: 10/16/2020) |
| 10/16/2020 | 463 | NOTICE by World Programming Limited *Defendant World Programming Limited's Notice of Filing Copyrightability Hearing Presentation Slides* (Attachments: # 1 Exhibit A - Opening, # 2 Exhibit B - Jones Direct, # 3 Exhibit C - Closing)(Caldwell, Bradley) (Entered: 10/16/2020) |
| 10/26/2020 | 464 | **FILED IN ERROR. PLEASE IGNORE.** MEMORANDUM OPINON AND ORDER. Signed by District Judge Rodney Gilstrap on 10/26/2020. (nkl, ) Modified on 10/26/2020 (klc, ). (Entered: 10/26/2020) |
| 10/26/2020 | | **\*\*\*FILED IN ERROR. Document # 464,. PLEASE IGNORE.\*\*\***<br><br>(klc, ) (Entered: 10/26/2020) |
| 10/26/2020 | 465 | MEMORANDUM OPINION AND ORDER. Signed by District Judge Rodney Gilstrap on 10/26/2020. (nkl, ) (Entered: 10/26/2020) |
| 10/30/2020 | 🔒 | (Court only) \*\*\*Staff notes -- SEALED Copyrightability Hearing Exhibits (two disks) dated October 14, 2020 are located in the courtroom deputy's office in Marshall.\*\*\* (jml) (Entered: 10/30/2020) |
| 11/05/2020 | 466 | Joint MOTION for Extension of Time to File *Status Report* by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Millen, Pressly) (Entered: 11/05/2020) |
| 11/05/2020 | 467 | ORDER granting 466 Joint MOTION for Extension of Time to File Status Report. Signed by District Judge Rodney Gilstrap on 11/5/2020. (ch, ) (Entered: 11/06/2020) |
| 11/09/2020 | 🔒 468 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/14/20 (Copyrightability Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 923-7464 (Shelly_Holmes@txed.uscourts.gov). <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<P> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 11/30/2020. Release of Transcript Restriction set for 2/7/2021. (sholmes, ) (Entered: 11/09/2020) |
| | | |

| 11/10/2020 | 469 | STATUS REPORT *(Joint Status Report Regarding Remaining Issues Pursuant to Dkt. 465)* by SAS Institute Inc.. (Millen, Pressly) (Entered: 11/10/2020) |
|---|---|---|
| 11/13/2020 | 470 | Joint MOTION to Modify Final Pre-Trial Order by World Programming Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Caldwell, Bradley) (Entered: 11/13/2020) |
| 11/17/2020 |  | NOTICE of Hearing: Status Conference (in-person) set for 11/24/2020 03:30 PM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. ***Please note that the Pretrial Conference previously set on 11/24/2020 at 9:00 a.m. is CANCELED. ***(jml) (Entered: 11/17/2020) |
| 11/17/2020 | 🔒 | (Court only) ***Deadlines terminated. (jml, ) (Entered: 11/17/2020) |
| 11/18/2020 | 471 | Unopposed MOTION to Conduct 11.24.20 Status Conference by Videoconference by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Millen, Pressly) (Entered: 11/18/2020) |
| 11/23/2020 | 472 | ORDER granting 471 Unopposed MOTION to Conduct 11.24.20 Status Conference. ORDERED that the Status Conference scheduled for Tuesday, November 24, 2020 is to be held by telephone. Signed by District Judge Rodney Gilstrap on 11/23/2020. (ch, ) (Entered: 11/23/2020) |
| 11/24/2020 |  | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Telephonic Status Conference held on 11/24/20. Mr. Millen, Mr. Bennett, and Mr. Smith appeared on behalf on plaintiff. Mr. Caldwell, Mr. McCarty, Mr. Everingham and Mrs. Fair appeared on behalf of defendant. The Court held hearing to discuss status report and joint motion to modify pretrial order. (Court Reporter Shelly Holmes, CSR-TCRR.) (klc, ) (Entered: 11/24/2020) |
| 12/04/2020 | 473 | Joint MOTION to Enter Joint Stipulation and Order of Dismissal and Briefing Schedule on Costs and Attorneys' Fees by SAS Institute Inc.. (Attachments: # 1 Text of Proposed Order)(Millen, Pressly) (Entered: 12/04/2020) |
| 12/10/2020 | 474 | ORDER re 473 Joint MOTION to Enter Joint Stipulation and Order of Dismissal and Briefing Schedule on Costs and Attorneys' Fees. Signed by District Judge Rodney Gilstrap on 12/10/2020. (ch, ) (Entered: 12/10/2020) |
| 12/10/2020 | 🔒 | (Court only) ***Motions terminated: DENIED AS MOOT 470 Joint MOTION to Modify Final Pre-Trial Order filed by World Programming Limited. (ch, ) (Entered: 12/10/2020) |
| 12/11/2020 | 🔒 | (Court only) ***Motions terminated: 473 Joint MOTION to Enter Joint Stipulation and Order of Dismissal and Briefing Schedule on Costs and Attorneys' Fees filed by SAS Institute Inc., 459 SEALED PATENT MOTION *Defendants' Motion to Exclude Keith Collins from the Copyrightability Hearing* filed by World Programming |

| | | | |
|---|---|---|---|
| | | | Limited, [447](#) MOTION for Leave to File *Brief as Amicus Curiae* filed by Oracle Corporation. (ch, ) (Entered: 12/11/2020) |
| 12/18/2020 | 🔒 | [475](#) | SEALED MOTION *World Programming Limited's Motion for Attorneys' Fees and Costs* by World Programming Limited. (Attachments: # [1](#) McCarty Declaration, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Exhibit J, # [12](#) Exhibit K, # [13](#) Exhibit L, # [14](#) Exhibit M, # [15](#) Exhibit N, # [16](#) Exhibit O, # [17](#) Exhibit P, # [18](#) Exhibit Q, # [19](#) Exhibit R, # [20](#) Exhibit S, # [21](#) Exhibit T, # [22](#) Exhibit U, # [23](#) Exhibit V, # [24](#) Exhibit W, # [25](#) Exhibit X, # [26](#) Exhibit Y, # [27](#) Exhibit Z, # [28](#) Exhibit AA, # [29](#) Exhibit BB, # [30](#) Exhibit CC, # [31](#) Exhibit DD, # [32](#) Exhibit EE, # [33](#) Exhibit FF, # [34](#) Exhibit GG, # [35](#) Exhibit HH, # [36](#) Caldwell Declaration, # [37](#) Exhibit 1, # [38](#) Exhibit 2, # [39](#) Exhibit 3, # [40](#) Exhibit 4, # [41](#) Exhibit 5, # [42](#) Exhibit 6, # [43](#) Exhibit 7, # [44](#) Text of Proposed Order)(Caldwell, Bradley) (Entered: 12/18/2020) |
| 12/21/2020 | | [476](#) | REDACTION to [475](#) SEALED MOTION *World Programming Limited's Motion for Attorneys' Fees and Costs* by World Programming Limited. (Attachments: # [1](#) McCarty Declaration, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Exhibit J, # [12](#) Exhibit K, # [13](#) Exhibit L, # [14](#) Exhibit M, # [15](#) Exhibit N, # [16](#) Exhibit O, # [17](#) Exhibit P, # [18](#) Exhibit Q, # [19](#) Exhibit R, # [20](#) Exhibit S, # [21](#) Exhibit T, # [22](#) Exhibit U, # [23](#) Exhibit V, # [24](#) Exhibit W, # [25](#) Exhibit X, # [26](#) Exhibit Y, # [27](#) Exhibit Z, # [28](#) Exhibit AA, # [29](#) Exhibit BB, # [30](#) Exhibit CC, # [31](#) Exhibit DD, # [32](#) Exhibit EE, # [33](#) Exhibit FF, # [34](#) Exhibit GG, # [35](#) Exhibit HH, # [36](#) Caldwell Declaration, # [37](#) Exhibit 1, # [38](#) Exhibit 2, # [39](#) Exhibit 3, # [40](#) Exhibit 4, # [41](#) Exhibit 5, # [42](#) Exhibit 6, # [43](#) Exhibit 7, # [44](#) Text of Proposed Order)(Caldwell, Bradley) (Entered: 12/21/2020) |
| 12/23/2020 | 🔒 | [477](#) | Joint SEALED MOTION *for Contested Bill of Costs Pursuant to L.R. CV-54(b)(2)(A)* by World Programming Limited. (Attachments: # [1](#) Exhibit A, # [2](#) Text of Proposed Order)(Caldwell, Bradley) (Entered: 12/23/2020) |
| 12/28/2020 | | [478](#) | REDACTION to [477](#) Joint SEALED MOTION *for Contested Bill of Costs Pursuant to L.R. CV-54(b)(2)(A)* by World Programming Limited. (Attachments: # [1](#) Exhibit A, # [2](#) Text of Proposed Order) (Caldwell, Bradley) (Entered: 12/28/2020) |
| 01/07/2021 | | [479](#) | NOTICE OF APPEAL - FEDERAL CIRCUIT as to [474](#) Order by SAS Institute Inc.. Filing fee $ 505, receipt number 0540-8185562. (Millen, Pressly) (Entered: 01/07/2021) |
| 01/07/2021 | | | Transmission of Notice of Appeal, Order and Docket Sheet to US Court of Appeals, USCA Federal Circuit by separate email. re [479](#) Notice of Appeal - FEDERAL CIRCUIT (ch, ) (Entered: 01/07/2021) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SAS INSTITUTE INC.,

       Plaintiff,

  vs.

WORLD PROGRAMMING LIMITED et al.,

       Defendants.

Civil Action No. 2:18-CV-00295-JRG

## JOINT STIPULATION AND ORDER OF DISMISSAL AND BRIEFING SCHEDULE ON COSTS AND ATTORNEYS' FEES

Before the Court is the parties' Joint Stipulation and Order of Dismissal and Briefing Schedule on Costs and Attorneys' Fees (the "Stipulation"). (Dkt. No. 473.) After consideration, the Court **APPROVES AND ACKNOWLEDGES** the Stipulation. Based thereon, it is **ORDERED** that:

1.      SAS Institute Inc. ("SAS") filed this case on July 18, 2018 alleging copyright and patent infringement against World Programming Ltd. ("WPL") and others.[1] *See* Dkt. 1. SAS alleged copyright infringement of its "SAS System" and "SAS Manuals." *Id.* at Causes of Action

---

[1] SAS named the following additional defendants: MineQuest Business Analytics LLC; MineQuest LLC; Angoss Software Corporation; Luminex Software Inc.; YUM! Brands Inc.; Pizza Hut Inc.; Shaw Industries Group, Inc.; and Hitachi Vantara Corporation (collectively "Non-WPL Defendants"). Prior to the October 14, 2020 Copyrightability Hearing, all Non-WPL Defendants were dismissed from this case. *See* Dkt. 35 (Dismissing Hitachi Vantara Corporation); Dkt. 69 (Dismissing Angoss Software Corporation); Dkt. 73 (Dismissing MineQuest Business Analytics LLC and MineQuest LLC); Dkt. 262 (Dismissing Shaw Industries Group, Inc., YUM! Brands Inc., and Pizza Hut Inc.); Dkt. 435 (Dismissing Luminex Software, Inc.).

One through Four. SAS alleged patent infringement of four patents, U.S Patent Nos. 6,920,458, 7,170,519, 7,477,686, 8,498,996.[2] On September 30, 2019, WPL filed its Answer to SAS Institute Inc.'s Amended Complaint and First Amended Counterclaims. *See* Dkt. 168. WPL pleaded declaratory judgment counterclaims pertaining to SAS's copyright infringement allegations. *See id.* at Ninth Counterclaim (Declaratory Relief Regarding Non-Infringement of Purported Copyright(s) in "SAS System"); Tenth Counterclaim (Declaratory Relief Regarding Non-Infringement of Purported Copyright(s) in "SAS Manuals"); Eleventh Counterclaim (Declaratory Relief Regarding No Copyright in "SAS Language"); Twelfth Counterclaim (Declaratory Relief Regarding No Copyright in the Functionality of SAS System). WPL pleaded declaratory judgment counterclaims of non-infringement and invalidity as to the patents-in-suit. *Id.* at Counterclaims One through Eight, and Counterclaim Eighteen. WPL also pleaded counterclaims under Sherman Act §§ 1-2, Lanham Act § 43, Tortious Interference with Existing or Prospective Contractual Relations, and the North Carolina Deceptive Trade Practices Act. *Id.* at 63-80 (the "Damages Counterclaims" or Counterclaims 13 through 17).

**SAS's Copyright Claims and the Court's Memorandum Opinion and Order**

2.      The Court conducted a Copyrightability Hearing on October 14, 2020. The Court issued its Memorandum Opinion and Order on October 26, 2020. Dkt. 465. The Court dismissed with prejudice SAS's copyright claims. *Id.* at 1. The Court also granted Defendants' Corrected Motion to Exclude Testimony of Dr. James Storer on Issues Related to Copyright Infringement (Dkt. 275). *Id.* at 15. The parties agree that all copyright claims by SAS against WPL in the SAS System and SAS Manuals were dismissed by the Court with prejudice.

---

[2] SAS originally asserted U.S. Patent Nos. 7,170,519, 7,477,686, and 8,498,996. SAS added infringement allegations of U.S Patent No. 6,920,458 in its August 2, 2019 Amended Complaint. *See* Dkt. 128.

3.      With all claims of copyright infringement by SAS against WPL dismissed with prejudice, the parties agree that WPL's counterclaims of copyright non-infringement and non-copyrightability are moot.  Accordingly, WPL's counterclaims of copyright non-infringement and non-copyrightability are **DISMISSED AS MOOT**.

## SAS's Patent Claims

4.      Prior to the Copyrightability Hearing, SAS agreed to withdraw its infringement allegations for all four Patents-in-Suit.

5.      WPL maintains counterclaims seeking declaratory judgment of non-infringement and invalidity as to the Patents-in-Suit.  However, the parties stipulate that SAS's infringement allegations for the Patents-in-Suit are dismissed with prejudice.  Accordingly, SAS's infringement allegations for the Patents-in-Suit are **DISMISSED WITH PREJUDICE** and WPL's counterclaims of non-infringement and invalidity as to the Patents-in-Suit are **DISMISSED AS MOOT**.

## WPL's Damages Counterclaims (Counterclaims 13 through 17)

6.  In Counterclaims 13 through 17, WPL pleaded counterclaims under Sherman Act §§ 1-2, Lanham Act § 43, Tortious Interference with Existing or Prospective Contractual Relations, and the North Carolina Deceptive Trade Practices Act.  SAS previously moved to dismiss, and then moved for summary judgment against WPL's counterclaims under Rule 56. *See* Dkt. 162, 263. The Court denied as moot SAS's motion to dismiss and motion for summary judgment without prejudice to refile.  *See* Dkt. 436.

7.  In order to obviate the need for trial at this time and to proceed to WPL's request for costs, including attorneys' fees (*see* below), as well as to secure a final judgment that SAS intends to appeal, the parties expressly stipulate and agree as follows:

a.  The parties stipulate and agree to the dismissal without prejudice of WPL's Damages Counterclaims (Counterclaims 13 through 17).

b.  The parties agree that the applicable statutes of limitations for the Damages Counterclaims will be tolled from the date of filing of the First Amended Counterclaims through the date the mandate issues from the appellate court in SAS's appeal of the final judgment dismissing SAS's copyright claims in this case (the "Mandate Issuance Date").

c.  If the dismissal of SAS's copyright claims is affirmed on appeal in all respects and SAS has not brought another suit against WPL in the interim, then WPL agrees to a full release of SAS with the same scope and preclusive effect as if the Damages Counterclaims had been dismissed by this Court with prejudice. For the avoidance of doubt, "another suit" does not include any steps taken by SAS to enforce the judgments against WPL in *SAS Institute Inc. v. World Programming Ltd.*, E.D.N.C. No. 5:10-cv-00025-FL (specifically including, but not limited to, any steps taken by SAS to enforce its judgment in the Eastern District of North Carolina or the Central District of California, or any steps taken by SAS to enforce its judgment in the Eastern District of Texas or to seek an offset of any costs or attorneys' fees awarded to WPL).[3,4] If SAS does file another suit against WPL in the period between any judgment in this case and the Mandate Issuance Date, this dismissal of the counterclaims will remain 'without prejudice' in all respects. The parties agree that the effect of this with prejudice

---

[3] SAS expressly reserves the right to setoff any costs and/or attorney's fees awarded by the Court in this action to WPL against the judgment in *SAS Institute Inc. v. World Programming Ltd.*, E.D.N.C. No. 5:10-cv-00025-FL, which has been registered in this district.

[4] WPL does not agree that SAS should be entitled to any form of setoff resulting from costs and/or attorney's fees awarded by the Court in this action.

dismissal is only to the claims as pleaded in WPL's First Amended Counterclaims and does not apply to future conduct.

d.   If the dismissal of SAS's copyright claims is not affirmed in all respects, then:

i.  WPL may refile the Damages Counterclaims (without substantive revision) in the U.S. District Court for the Eastern District of Texas within 30 days of the Mandate Issuance Date.

ii.  If WPL does not refile the Damages Counterclaims within this 30-day period, then WPL agrees to the same release set forth in paragraph 7(c) above.

ii.  If WPL does refile the Damages Counterclaims within this 30-day period, the parties agree to the following (with respect to the Damages Counterclaims only):

A)  The parties will file a joint motion to consolidate the Damages Counterclaims with this case and any copyright claims on remand.

B)  The parties will file a joint motion for a protective order in the same form as the protective order entered in this case at Dkt. 93.

C)  The parties will rely on the discovery and disclosures produced in this case and will take no further fact discovery.

D)  The parties will rely on the expert reports served in this case and will take no further expert discovery.  No further expert reports may be served by either side.

E)  The parties agree to file a joint motion for the case to proceed immediately to summary judgment and pretrial motions with the parties able to file any appropriate summary judgment motions, motions to exclude experts, or other pretrial motions in accordance with the Rules.

8.      In accordance with the parties' agreement and stipulation, WPL's Damages Counterclaims (Counterclaims 13 through 17) are **DISMISSED WITHOUT PREJUDICE**.

9.      The Court expressly incorporates the terms of the parties' agreement herein and retains jurisdiction to enforce the parties' agreement.

10.     The parties' Joint Motion to Modify the Final Pretrial Order (Dkt. 470) is **DENIED AS MOOT**.

### Finality

11.     All claims against all parties have been disposed of as indicated herein and there are no remaining claims that are ripe for trial. Accordingly, this is a final and appealable order. To avoid any issue regarding finality or the appealability of the Court's Memorandum Opinion and Order on October 26, 2020 (Dkt. 465), however, the Court expressly finds there is no just reason to delay entry of final judgment with respect to SAS's copyright claims against WPL or to delay any appeal of the October 26, 2020 Order. Accordingly, the Court specifically directs entry of final judgment, in accordance with its October 26, 2020 Order, with respect to SAS's copyright claims against WPL under Federal Rule of Civil Procedure 54(b). Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant WPL is the prevailing party on SAS's copyright claims and its costs under 28 U.S.C. § 1920 shall be taxed against SAS on those claims. **WPL's Request for Additional Costs and Attorneys' Fees**

12.     The Court understands that WPL intends to file a post-judgment Motion for Costs, including attorneys' fees, pursuant to 17 U.S.C. § 505 and 35 U.S.C. § 285. The Court hereby enters the following briefing schedule for that Motion, which will proceed in accordance with Federal Rule of Civil Procedure 54(d) and the Local Rules of this Court:

| Opening (25 pages) | December 18, 2020 |
| Response (25 pages) | January 12, 2021 |
| Reply (7 pages) | January 20, 2021 |
| Surreply (7 pages) | January 27, 2021 |

**So ORDERED and SIGNED this 10th day of December, 2020.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE


**SO STIPULATED**:

For Plaintiff SAS Institute,Inc.

Dated: December 10, 2020                          **BY**:

                                                  */s/ Pressly M. Millen*
                                                  **WOMBLE BOND DICKINSON (US) LLP**

                                                  Pressly M. Millen (*admitted pro hac vice*)
                                                  Raymond M. Bennett (*admitted pro hac vice*)
                                                  WOMBLE BOND DICKINSON (US) LLP
                                                  555 Fayetteville Street, Suite 1100
                                                  Raleigh, NC 27601
                                                  Telephone: 919-755-2135
                                                  Press.Millen@wbd-us.com
                                                  Telephone: 919.755.2158
                                                  Ray.Bennett@wbd-us.com

                                                  Christian E. Mammen (*admitted pro hac vice*)
                                                  Carrie Richey
                                                  WOMBLE BOND DICKINSON (US) LLP
                                                  1841 Page Mill Road, Suite 200
                                                  Palo Alto, CA 94304
                                                  Telephone: (408) 341-3067
                                                  Chris.Mammen@wbd-us.com
                                                  Telephone: (408) 341-3060
                                                  Carrie.Richey@wbd-us.com

Samuel B. Hartzell
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Fax: 919-755-6772
Sam.Hartzell@wbd-us.com

Michael C. Smith
Texas Bar No. 18650410
SIEBMAN, FORREST, BURG & SMITH, LLP
113 E. Austin Street
Marshall, Texas 75670
Tel: (903) 938-8900
michaelsmith@siebman.com

For Defendant World Programming Limited:

Dated: December 10, 2020          **BY**:

*/s/ Bradley W. Caldwell*
**CALDWELL CASSADY CURRY P.C**

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

***Attorneys for Defendant World Programming***

Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
T. John "Johnny" Ward Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Claire Henry
Texas Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606
903-757-6400
903-757-2323 (Facsimile)

***Attorneys for Defendant World Programming***