# United States Court of Appeals for the Federal Circuit

**SAS INSTITUTE, INC.,**
*Plaintiff-Appellant*

v.

**WORLD PROGRAMMING LIMITED,**
*Defendant-Appellee*

2021-1542

Appeal from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00295-JRG, Chief Judge J. Rodney Gilstrap.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 6, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court