# United States Court of Appeals for the Federal Circuit

---

**SAS INSTITUTE, INC.,**
*Plaintiff-Appellant*

v.

**WORLD PROGRAMMING LIMITED,**
*Defendant-Appellee*

---

2021-1542

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00295-JRG, Chief Judge J. Rodney Gilstrap.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 6, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 15, 2023  /s/ Peter R. Marksteiner
    Date         Peter R. Marksteiner
                 Clerk of Court